DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
 alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (*Of Counsel*)
 lizmcnamara@dwt.com
DEBORAH A. ADLER (*Of Counsel*)
 deborahadler@dwt.com
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230/Fax: (212) 489-8340

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE
L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and
HEINRICH BAUER NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>        Plaintiff,<br><br>    vs.<br><br>BAUER PUBLISHING COMPANY, L.P. BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**STIPULATION TO EXTEND TIME FOR BAUER DEFENDANTS TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: October 24, 2012<br>Current Response Date: November 14, 2012<br>New Response Date: December 14, 2012 |

## **RECITALS**

WHEREAS, on or about October 24, 2012, plaintiff Tom Cruise ("Plaintiff") filed his complaint in the above-entitled action against defendants Bauer Publishing Company, L.P., Bauer Magazine, L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc., (collectively, the "Bauer Defendants");

WHEREAS, Plaintiff served his complaint on at least one of the Bauer Defendants on or about October 24, 2012;

WHEREAS, at least one of the Bauer Defendants' response to the complaint presently is due on or before November 14, 2012;

WHEREAS, the Bauer Defendants have yet to respond to the complaint;

WHEREAS, Plaintiff and the Bauer Defendants have agreed, pursuant to Central District Rule 8-3, that the Bauer Defendants' time to respond to the complaint shall be extended by 30 days, to December 14, 2012; and

WHEREAS, the Bauer Defendants have agreed that if they respond to the complaint by filing a motion under California's anti-SLAPP statute (California Civil Procedure Code § 425.16), or thereafter file such a motion, they will schedule the hearing on their motion for a date that provides Plaintiff with no less than twenty-one (21) days to file his opposition to the motion. The Bauer Defendants further have agreed that if they file a motion under C.C.P. § 425.16 that seeks dismissal on the grounds that the publication at issue was not made with constitutional actual malice, they will schedule the hearing on their motion for a date that provides Plaintiff with no less than sixty (60) days to file his opposition to the motion, so that he may seek and obtain discovery on the issues raised by the motion before the deadline for filing opposition papers. The Bauer Defendants reserve all rights to oppose any such request for discovery.

**STIPULATION**

NOW, THEREFORE, Plaintiff and the Bauer Defendants agree and stipulate as follows:

(1) The deadline for the Bauer Defendants to respond to the complaint shall be extended to December 14, 2012; and

(2) If the Bauer Defendants respond to the complaint by filing a motion under California's anti-SLAPP statute (California Civil Procedure Code § 425.16), or thereafter file such a motion, they will schedule the

2

STIPULATION TO EXTEND TIME
DWT 20637390v2 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

|   |   |
|---|---|
| 1 | hearing on their motion for a date that provides Plaintiff with no less than twenty-one (21) days to file his opposition to the motion.  In addition, if the Bauer Defendants file a motion under C.C.P. § 425.16 that seeks dismissal on the grounds that the publication at issue was not made with constitutional actual malice, they will schedule the hearing on their motion for a date that provides Plaintiff with no less than sixty (60) days to file his opposition to the motion, so that he may seek and obtain discovery on the issues raised by the motion before the deadline for filing opposition papers.  The Bauer Defendants reserve all rights to oppose any such request for discovery |

DATED:  November 14, 2012

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
BERTRAM FIELDS
AARON J. MOSS

By: /s/ Bertram Fields
        Bertram Fields

Attorney for Plaintiff
TOM CRUISE

DATED:  November 14, 2012

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ELIZABETH A. McNAMARA (*Of Counsel*)
DEBORAH A. ADLER (*Of Counsel*)

By: /s/ Alonzo Wickers IV
        Alonzo Wickers IV

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P.,
BAUER MAGAZINE L.P., BAUER MEDIA
GROUP, INC., BAUER, INC., and
HEINRICH BAUER NORTH AMERICA,
INC.

3

STIPULATION TO EXTEND TIME
DWT 20637390v2 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899