DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
 alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800/Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (*Of Counsel*)
 lizmcnamara@dwt.com
DEBORAH A. ADLER (*Of Counsel*)
 deborahadler@dwt.com
1633 Broadway, 27th Floor
New York, New York 10019
Telephone:  (212) 489-8230/Fax:  (212) 489-8340

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and HEINRICH BAUER NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BAUER PUBLISHING COMPANY, L.P. BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**[F.R.C.P. 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges of this Court to determine the need for recusal, Bauer Publishing Company, L.P. states that it is a New Jersey limited partnership and that no publicly traded corporation holds a ten percent or greater ownership interest in the partnership.

CORPORATE DISCLOSURE STATEMENT
DWT 20778279v1 0069628-000033

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Bauer Magazine L.P. states that it is a Delaware limited partnership and that no publicly traded corporation holds a ten percent or greater ownership interest in the partnership.

Bauer Media Group, Inc. states that it is a Delaware corporation and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Bauer, Inc. states that it is a Delaware corporation and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Heinrich Bauer North America, Inc. states that it is a Delaware corporation and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

DATED: December 14, 2012

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ELIZABETH A. McNAMARA (*Of Counsel*)
DEBORAH A. ADLER (*Of Counsel*)


By:  /s/ Alonzo Wickers IV
           Alonzo Wickers IV

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and HEINRICH BAUER NORTH AMERICA, INC.

2
CORPORATE DISCLOSURE STATEMENT
DWT 20778279v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899