UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE, | ) Case No. CV 12-09124 DDP (JCx) |
| Plaintiff, | ) **ORDER SETTING SCHEDULING CONFERENCE** |
| v. | ) Scheduling Conference as follows: |
| BAUER PUBLISHING COMPANY L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC.; BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., | ) Day: Thursday<br>) Date: February 28, 2013<br>) Time: 3:00 p.m. |
| Defendants. | ) |

This matter is set for a scheduling conference in Courtroom 3, before the Honorable Dean D. Pregerson, located at 312 North Spring Street, Los Angeles, California 90012. The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). Lead trial counsel shall attend the scheduling conference.

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of

Civil Procedure 26 and the Local Rules of this Court.  Failure to comply may lead to the imposition of sanctions.

IT IS SO ORDERED.

Dated: December 18, 2012

_____
DEAN D. PREGERSON
United States District Judge