Name and address:
Alonzo Wickers IV (SBN: 169454)
Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
(213) 633-6800 (phone)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tom Cruise <br><br> Plaintiff(s) <br> v. <br><br> Bauer Publishing Co. LP, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:12 CV 9124 (DDP) – JCₓ <br><br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Elizabeth A. McNamara _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: SEE ATTACHMENT 1 _____ by whom I have been retained.

My business information is:
Davis Wright Tremaine LLP

*Firm Name*

1633 Broadway

*Street Address*

New York, New York 10019          lizmcnamara@dwt.com

| *City, State, Zip* | *E-Mail Address* |
|---|---|
| 212-489-8230 | 212-489-8340 |
| *Telephone Number* | *Fax Number* |

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| SEE ATTACHMENT 2 | |

PAID
FEB – 7 2013
Clerk, US District Court
COURT 4612

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 08 CV 3541 | Stern v. Crosby, et al. | 5-29-08 | 6-12-08 |
| 09 CV 6076 | Scott v. Meyer, et al. | 9-9-09 | 9-14-09 |
| 09 CV 6474 | FEA Merch. v. Wenner Media | 11-17-09 | 11-19-09 |
| 10 CV 7980 | Beckham v. Bauer Publishing, et al | 10-2010 | 10-25-10 |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _Alonzo Wickers IV_____ as local counsel, whose business information is as follows:

Davis Wright Tremaine LLP
_____
*Firm Name*

865 South Figueroa Street, 24th Floor
_____
*Street Address*

Los Angeles, California 90017                    alonzowickers@dwt.com
_____
*City, State, Zip*                                              *E-Mail Address*

          213-633-6800                      213-633-6889
_____
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   January   , 2013                      Elizabeth A. McNamara
_____
                                              *Applicant's Name (please print)*

                                              *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   February 5, ~~January~~  , 2013        Alonzo Wickers IV
_____
                                              *Designee's Name (please print)*

                                              *Designee's Signature*

                                              169454
                                              _____
                                              *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

## ATTACHMENT 1

Bauer Publishing Company LP
Bauer Magazine LP
Bauer Media Group Inc.
Bauer Inc.
Bauer North America Inc.
Michelle Lee

**ATTACHMENT 2**

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| New York, Third Department | February 16, 1982 |
| U.S. District Court, Southern District of New York | May 31, 1983 |
| U.S. District Court, Eastern District of New York | June 29, 1983 |
| U.S. Court of Appeals for the Second Circuit | April 1, 1996 |
| U.S. Supreme Court | January 26, 1998 |
| U.S. Court of Appeals for the Ninth Circuit | July 5, 2000 |
| U.S. District Court, Eastern District of Michigan | May 17, 2004 |
| U.S. Court of Appeals for the Third Circuit | May 21, 2008 |
| U.S. Court of Appeals for the First Circuit | September 17, 2010 |



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Elizabeth Anne McNamara

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **16th day of February, 1982**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **31st day of January, 2013**.



Robert D Mayberger

Clerk