# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE<br><br>Plaintiff(s),<br>v.<br><br>BAUER PUBLISHING COMPANY L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC.; BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 12-09124 DDP (JCx)<br><br>**ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

**ADR PROCEDURE NO. 3**: (Private mediation).

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: March 1, 2013

*[signature]*
United States District Judge