1  BERTRAM FIELDS (SBN 024199)
   BFields@ggfirm.com
2  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
   1900 Avenue of the Stars, 21st Floor
4  Los Angeles, California  90067-4590
   Telephone:  (310) 553-3610/Fax: (310)553-0687
5
   Attorneys for Plaintiff
6
   ALONZO WICKERS IV (SBN 169454)
7  alonzowickers@dwt.com
   DAVIS WRIGHT TREMAINE LLP
8  865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
9  Telephone: (213) 633-6800/Fax: (213) 633-6899

10 ELIZABETH A. McNAMARA (Pro Hac Vice)
   lizmcnamara@dwt.com
11 DEBORAH A. ADLER (Pro Hac Vice)
   deborahadler@dwt.com
12 DAVIS WRIGHT TREMAINE LLP
   1633 Broadway, 27th Floor
13 New York, New York 10019
   Telephone: (212) 489-8230/Fax: (212) 489-8340
14
   Attorneys for Defendants
15

                    UNITED STATES DISTRICT COURT
16
                   CENTRAL DISTRICT OF CALIFORNIA
17

18

19 TOM CRUISE,                          ) Case No. **CV 12-09124 (DDP) (JCX)**
                    Plaintiff,          )
20                                      ) **DISCOVERY MATTER**
        vs.                             )
21 BAUER PUBLISHING COMPANY,            )
   L.P. BAUER MAGAZINE L.P.,            ) **[PROPOSED] ORDER GRANTING**
22 BAUER MEDIA GROUP, INC.,             ) **STIPULATED PROTECTIVE**
   BAUER, INC., HEINRICH BAUER          ) **ORDER**
23 NORTH AMERICA, INC., and DOES        )
   1-10, inclusive,                     ) [Stipulated Protective Order Filed
24                                      ) Concurrently]
                    Defendants.         )
25                                      ) Action Filed:  October 24, 2012

26

27

28

[PROPOSED] ORDER
DWT 21357973v1 0069628-000033

1  Having considered the Stipulated Protective Order of the parties, and good
2  cause appearing therefor, the Court hereby adopts the parties' Stipulated Protective
3  Order as the order of the Court in this matter.
4  IT IS SO ORDERED.

6  DATE: March __, 2013   _____
7  Hon. Dean D. Pregerson
   United States Magistrate Judge

[PROPOSED] ORDER
DWT 21357973v1 0069628-000033

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899