BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  (310) 553-3610/Fax: (310)553-0687

Attorneys for Plaintiff

ALONZO WICKERS IV (SBN 169454)
alonzowickers@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899

ELIZABETH A. McNAMARA (Pro Hac Vice)
lizmcnamara@dwt.com
DEBORAH A. ADLER (Pro Hac Vice)
deborahadler@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230/Fax: (212) 489-8340

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>                Plaintiff,<br><br>      vs.<br><br>BAUER PUBLISHING COMPANY, L.P. BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Stipulated Protective Order Filed Concurrently]<br><br>Action Filed:  October 24, 2012 |

Having considered the Stipulated Protective Order of the parties, and good cause appearing therefor, the Court hereby adopts the parties' Stipulated Protective Order as the order of the Court in this matter.

IT IS SO ORDERED.


DATE:  May 23, 2013                    _____/s/_____

Hon. Jacqueline Chooljian
United States Magistrate Judge

[PROPOSED] ORDER
DWT 21357973v1 0069628-000033

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899