1  BERTRAM FIELDS (SBN 024199)
   BFields@ggfirm.com
2  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
   1900 Avenue of the Stars, 21st Floor
4  Los Angeles, California 90067-4590
   Telephone: (310) 553-3610/Fax: (310)553-0687
5
   Attorneys for Plaintiff
6

7  DAVIS WRIGHT TREMAINE LLP
   ALONZO WICKERS IV (State Bar No. 169454)
8   alonzowickers@dwt.com
   865 South Figueroa Street, 24th Floor
9  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800/Fax: (213) 633-6899
10
   DAVIS WRIGHT TREMAINE LLP
11 ELIZABETH A. McNAMARA (*Of Counsel*)
    lizmcnamara@dwt.com
12 DEBORAH A. ADLER (*Of Counsel*)
    deborahadler@dwt.com
13 1633 Broadway, 27th Floor
   New York, New York 10019
14 Telephone: (212) 489-8230/Fax: (212) 489-8340

15 Attorneys for Defendants

16

17              UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20 TOM CRUISE, | Case No. **CV 12-09124 (DDP) (JCX)** |
| 21       Plaintiff, | |
| 22   vs. | **JOINT STIPULATION TO CONTINUE DISCOVERY CUT OFF AND TRIAL; DECLARATION OF BERTRAM FIELDS** |
| 23 BAUER PUBLISHING COMPANY, L.P. BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive, | |
| 24 | |
| 25 | Action Filed: October 24, 2012 |
| 26       Defendants. | |

1
JOINT STIPULATION TO CONTINUE DISCOVERY AND TRIAL
DWT 22356175v1 0069628-000033
C:\Users\sfallen\Desktop\Joint Stipulation (2) (2).doc

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## RECITALS

WHEREAS, on or about October 24, 2012, plaintiff Tom Cruise ("Plaintiff") filed his complaint in the above-entitled action against defendants Bauer Publishing Company, L.P., Bauer Magazine, L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc., (collectively, the "Bauer Defendants");

WHEREAS, on March 8, 2013, the Court issued a Scheduling Order providing that

    Fact Discovery Cut-Off : 10-13-13

    Expert Discovery Cut-Off: 12-13-13

    Last Day to File Motions: 01-27-14

    Final Pre Trial Conference: 04-21-14 and

    5 Day Jury Trial: 04-29-14

WHEREAS, the parties have worked diligently to meet their discovery obligations and move the action forward in a timely manner;

WHEREAS, the parties have engaged in extensive document discovery and have scheduled a large number of party and third-party depositions to take place in several states, and believe they require a short extension of time to complete fact discovery;

WHEREAS, the parties have agreed to continue the discovery cut-off and trial date.

WHEREAS, lead trial counsel for Plaintiff has teaching commitments at Stanford Law School that are inconsistent with the present trial date, *see* Declaration of Bertram Fields in Support of Joint Stipulation to Continue Trial; and

## STIPULATION

NOW, THEREFORE, Plaintiff and the Bauer Defendants agree and stipulate to the following schedule or such other schedule as the Court desires:

2
JOINT STIPULATION TO CONTINUE DISCOVERY AND TRIAL
DWT 22356175v1 0069628-000033
C:\Users\sfallen\Desktop\Joint Stipulation (2) (2).doc

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Fact Discovery Cut-Off : 12-09-13

2  Expert Discovery Cut-Off: 01-24-14

3  Last Day to File Motions: 03-10-14

4  Final Pre-Trial Conference: 06-02-14 and

5  5 Day Jury Trial: 06-10-14

DATED:  July 31, 2013          GREENBERG GLUSKER FIELDS
                               CLAMAN & MACHTINGER LLP
                               BERTRAM FIELDS
                               AARON J. MOSS


                               By:_____/s/ Bertram Fields_____
                                        Bertram Fields

                               Attorney for Plaintiff
                               TOM CRUISE


DATED:  July 31, 2013          DAVIS WRIGHT TREMAINE LLP
                               ALONZO WICKERS IV
                               ELIZABETH A. McNAMARA (*Of Counsel*)
                               DEBORAH A. ADLER (*Of Counsel*)


                               By: _____/s/ Elizabeth A. McNamara_____
                                        Elizabeth A. McNamara

                               Attorneys for Defendants
                               BAUER PUBLISHING COMPANY, L.P.,
                               BAUER MAGAZINE L.P., BAUER MEDIA
                               GROUP, INC., BAUER, INC., and
                               HEINRICH BAUER NORTH AMERICA,
                               INC.

3
JOINT STIPULATION TO CONTINUE DISCOVERY AND TRIAL
DWT 22356175v1 0069628-000033
C:\Users\sfallen\Desktop\Joint Stipulation (2) (2).doc

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF BERTRAM FIELDS
# IN SUPPORT OF JOINT STIPULATION TO CONTINUE TRIAL

I, Bertram Fields, state as follows:

1. I am lead counsel for plaintiff Tom Cruise in this matter. Each year I teach one quarter at Stanford Law School. When this matter was set for trial on April 29, 2014, I erroneously believed that the timing of my quarter of teaching would be consistent with that trial date.

2. It now appears that my teaching quarter will begin in April and continue to the end of May. My teaching commitments to Stanford would thus be inconsistent with the present trial date.

3. I understand that defendants' counsel are agreeable to a continuance to June 10, 2013. If that is acceptable to the Court, I request that such a continuance be granted.

4. If called as a witness, I can and will testify to the foregoing facts.

Executed at Los Angeles, California, under penalty of perjury under the laws of the United States of America, this 30th day of July, 2013.

_____
BERTRAM FIELDS

16233-00094/1960744.1

DECLARATION OF BERTRAM FIELDS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590