BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  (310) 553-3610/Fax: (310)553-0687

Attorneys for Plaintiff

ALONZO WICKERS IV (SBN 169454)
alonzowickers@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899

ELIZABETH A. McNAMARA (Pro Hac Vice)
lizmcnamara@dwt.com
DEBORAH A. ADLER (Pro Hac Vice)
deborahadler@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230/Fax: (212) 489-8340

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>          Plaintiff,<br><br>  vs.<br><br>BAUER PUBLISHING COMPANY, L.P. BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. **CV 12-09124 (DDP) (JCx)**<br><br>**ORDER GRANTING JOINT STIPLATION TO CONTINUE DISCOVERY CUT OFF AND TRIAL**<br><br>[Joint Stipulation Filed Concurrently]<br><br>Action Filed:  October 24, 2012 |

1  Having considered the Joint Stipulation to Continue Discovery Cut Off and
2  Trial of the parties, and good cause appearing therefor, the Court hereby adopts the
3  parties' Stipulated schedule as the order of the Court in this matter, as follows:
4      Fact Discovery Cut-Off : 12-09-13
5      Expert Discovery Cut-Off: 01-24-14
6      Last Day to File Motions: 03-10-14
7      Final Pre Trial Conference: 06-02-14 at 11:00 a.m., and
8      5 Day Jury Trial: 06-10-14 at 9:00 a.m.
9
10  IT IS SO ORDERED.
11
12  DATE: August 01, 2013
13
14          Hon. Dean D. Pregerson
        United States District Judge

---

1

[PROPOSED] ORDER
DWT 22356935v1 0069628-000033
C:\Users\sfallen\Desktop\[Proposed] Order Granting Joint Stiplation Continuing Discovery Cut Off ....doc

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899