1  BERTRAM FIELDS (SBN 024199)
   BFields@ggfirm.com
2  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
7  Attorneys for Plaintiff
   TOM CRUISE
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
11
   TOM CRUISE,                          Case No.  CV12-09124 DDP (JCx)
12
              Plaintiff,                *Assigned To:  Hon. Dean D. Pregerson*
13                                      *Hon. Mag. Jacqueline Chooljian*
   v.
14                                      **DISCOVERY MATTER**
   BAUER PUBLISHING COMPANY
15 L.P., BAUER MAGAZINE L.P.,           **PLAINTIFF TOM CRUISE'S
   BAUER MEDIA GROUP, INC.,             NOTICE OF MOTION TO COMPEL
16 BAUER, INC., HEINRICH BAUER          DEFENDANTS TO ADMIT THEY
   NORTH AMERICA, INC. and DOES         HAD NO SOURCES FOR THEIR
17 1-10, inclusive,                     MAGAZINE COVER HEADLINES;
                                        OR, IN THE ALTERNATIVE, TO
18            Defendants.               COMPEL DEFENDANTS TO
                                        REVEAL THOSE SOURCES AND,
19                                      UPON REFUSAL, FOR A "NO
                                        SOURCE" PRESUMPTION**
20
                                        [Joint Stipulation; Declarations of Tom
21                                      Cruise and Aaron J. Moss; and Proposed
                                        Order filed concurrently]
22
                                        Date:     November 26, 2013
23                                      Time:     9:30 a.m.
                                        Crt Rm:   20
24
                                        Action filed: October 24, 2012
25                                      Fact Discovery Cut-Off: Dec. 9, 2013
                                        Pretrial Conference: June 2, 2014
26                                      Trial Date: June 10, 2014
27
28
                                                        PLAINTIFF'S MOTION TO COMPEL
   16233-00094/1981926.2                                  DEFENDANTS TO DISCLOSE
                                                            CONFIDENTIAL SOURCES

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, November 26, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jacqueline Chooljian, United States District Court Magistrate Judge, located in the United States Courthouse, Courtroom 20, 312 North Spring Street, Los Angeles, California, plaintiff Tom Cruise ("Plaintiff") will appear and move this court for an order compelling defendants Bauer Publishing Company L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer Inc., and Heinrich Bauer North America, Inc. (collectively, "Bauer") to admit that it had no confidential sources for its cover headlines that Suri Cruise was "abandoned by her dad" and "abandoned by daddy," or, in the alternative, for an order compelling Defendants to reveal those sources.  Plaintiff seeks an additional order that, insofar as Bauer refuses to reveal its sources within 10 days of the Court's Order compelling such disclosure, it shall be conclusively established for purposes of this action that Bauer had no such sources, and for the jury to be instructed to this effect.

This motion is made pursuant to Federal Rule of Civil Procedure 37 and Central District Local Rule 37-2, on the grounds that Plaintiff served Bauer with Requests for Admission requesting that Bauer admit that it had no sources for its statements that Suri Cruise was "abandoned by her dad" (as published in July 2012) or "abandoned by her daddy" (as published in September 2012).  Bauer refused to admit these requests.  However, in concurrently served interrogatories, when asked to identify these sources, Bauer refused to answer.  Consistent with this position, Bauer has instructed its witnesses to refuse to identify their confidential sources at their depositions.  As discussed in his motion, Plaintiff is entitled to the withheld information in order to establish, among other things, that Bauer did not in fact have sources for these statements, which will demonstrate that Bauer acted with "actual malice" when it published its defamatory statements about Plaintiff.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  This Motion is based upon this Notice, the accompanying Joint Stipulation in
2  connection with Cruise's Motion to Compel, the Declarations of Tom Cruise and
3  Aaron J. Moss and exhibits thereto, and all of the records, pleadings and papers on
4  file in this action, and such further oral and documentary evidence as may be
5  presented at the hearing on this Motion.

7  DATED: November ___, 2013       GREENBERG GLUSKER FIELDS
8                                  CLAMAN & MACHTINGER LLP

10                                 By: /s/ Aaron J. Moss
                                       AARON J. MOSS (SBN 190625)
11                                     Attorneys for Plaintiff TOM CRUISE

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

16233-00094/1981926.2                    2                    PLAINTIFF'S MOTION TO COMPEL
                                                              DEFENDANTS TO DISCLOSE
                                                              CONFIDENTIAL SOURCES