1  DAVIS WRIGHT TREMAINE LLP
   ALONZO WICKERS IV (State Bar No. 169454)
2   alonzowickers@dwt.com
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800/Fax:  (213) 633-6899
4
   DAVIS WRIGHT TREMAINE LLP
5  ELIZABETH A. McNAMARA (*Of Counsel*)
    lizmcnamara@dwt.com
6  DEBORAH A. ADLER (*Of Counsel*)
    deborahadler@dwt.com
7  1633 Broadway, 27th Floor
   New York, New York 10019
8  Telephone:  (212) 489-8230/Fax:  (212) 489-8340

9  Attorneys for Defendants
   BAUER PUBLISHING COMPANY, L.P., BAUER
10 MAGAZINE L.P., BAUER MEDIA GROUP, INC.,
   BAUER, INC., and HEINRICH BAUER NORTH
11 AMERICA, INC.

12

13                 UNITED STATES DISTRICT COURT
14                 CENTRAL DISTRICT OF CALIFORNIA

15

16 TOM CRUISE,                          ) Case No. **CV 12-09124 (DDP) (JCX)**
                                        )
17              Plaintiff,              )
                                        ) **THE BAUER DEFENDANTS'**
18        vs.                           ) **NOTICE OF MOTION FOR**
                                        ) **PROTECTIVE ORDER AND TO**
19 BAUER PUBLISHING COMPANY,            ) **COMPEL RESPONSES TO**
   L.P. BAUER MAGAZINE L.P.,            ) **REQUESTS FOR PRODUCTION**
20 BAUER MEDIA GROUP, INC.,             )
   BAUER, INC., HEINRICH BAUER          ) **[DISCOVERY MATTER]**
21 NORTH AMERICA, INC., and DOES        )
   1-10, inclusive,                     )
22                                      ) Date: November 26, 2013
                Defendants.             ) Time: 9:30 a.m.
23                                      )
                                        )
24                                      ) Fact Discovery Cut-Off: Dec. 9, 2013
                                        ) Pretrial Conference: June 2, 2014
25                                      ) Trial Date: June 10, 2014
                                        )
26

27

28

                                         1
NOTICE OF MOTION FOR PROTECTIVE ORDER

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 22778652v1 0069628-000033

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **Tuesday, November 26, 2013, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jacqueline Chooljian, United States District Court Magistrate Judge, located in the United States Courthouse, Courtroom 20, 312 North Spring Street, Los Angeles, California, Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc. (the "Bauer Defendants") will move this Court for:

(a) a protective order holding that the Bauer Defendants need not answer the disputed Requests for Admission ("RFAs");

(b) an order compelling Plaintiff to respond to the Bauer Defendants' Second Set of Requests for Production; and

(c) an award of the Bauer Defendants' reasonable attorneys fees and costs incurred in bringing this Motion.

This motion is made on the grounds that disputed RFAs were served solely to annoy, embarrass, oppress, and generally to harass Defendants.  As set forth in the *Joint Stipulation for Determination of Discovery Dispute* filed concurrently herewith, the RFAs at issue have no relevance to the claims or defenses in this action and are based entirely on an unsupported and offensive conspiracy theory.

This motion is further made on the grounds that Plaintiff has refused to respond to the Bauer Defendants' Second Set of Requests for Production for no justification other than the Bauer Defendants' refusal to respond to Plaintiff's harassing Requests for Admission.

This motion is made following the exchange of correspondence and prefiling conferences of counsel pursuant to Local Rule 37-1 that took place in September and October 2013, as set forth in detail in the *Joint Stipulation*.  Despite good faith efforts, the parties were not able to resolve their discovery dispute.

NOTICE OF MOTION FOR PROTECTIVE ORDER

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 22778652v1 0069628-000033

The Bauer Defendants' Motion is based on the parties' *Joint Stipulation*, declarations and exhibits filed in support, the papers on record in this action, and such further evidence and argument as may be presented at the hearing.

DATED: November 5, 2013

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ELIZABETH A. McNAMARA (*Of Counsel*)
DEBORAH A. ADLER (*Of Counsel*)


By: _____/s/ Elizabeth A. McNamara_____
      Elizabeth A. McNamara

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and HEINRICH BAUER NORTH AMERICA, INC.

3

NOTICE OF MOTION FOR PROTECTIVE ORDER

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 22778652v1 0069628-000033