DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
 alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800/Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (*Of Counsel*)
 lizmcnamara@dwt.com
DEBORAH A. ADLER (*Of Counsel*)
 deborahadler@dwt.com
1633 Broadway, 27th Floor
New York, New York 10019
Telephone:  (212) 489-8230/Fax:  (212) 489-8340

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER
MAGAZINE L.P., BAUER MEDIA GROUP, INC.,
BAUER, INC., and HEINRICH BAUER NORTH
AMERICA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BAUER PUBLISHING COMPANY L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**DECLARATION OF ELIZABETH A. MCNAMARA IN SUPPORT OF THE BAUER DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**<br><br>**[DISCOVERY MATTER]**<br><br>Date: November 26, 2013<br>Time: 9:30 a.m.<br><br>Fact Discovery Cut-Off: Dec. 9, 2013<br>Pretrial Conference: June 2, 2014<br>Trial Date: June 10, 2014 |

1
DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 22801329v1 0069628-000033

I, Elizabeth A. McNamara, declare and state as follows:

1. I am an attorney licensed to practice law in the State of New York, and admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc. (collectively, the "Bauer Defendants") in the above-captioned action. I submit this declaration in support of the Bauer Defendants' Motion for a Protective Order and to Compel Responses to its Requests for Production against Plaintiff Tom Cruise. Everything contained in this declaration is based on the discovery in this case, as referenced by my citations, or my personal knowledge, except as otherwise indicated.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Court's March 8, 2013 Scheduling Order.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Court's August 1, 2013 Order Granting Joint Stipulation to Continue Discovery Cut Off and Trial.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Tom Cruise's Third Set of Requests for Admission Propounded to Defendants with attached exhibits, served on the Bauer Defendants on September 19, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Bauer Defendants' Request for Production of Documents, Set Two, served on Plaintiff on September 25, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of the cover of the July 30, 2012 issue of *Life & Style* and the article "Suri's Emotional Struggle" contained therein, introduced as Exhibit 6 at the deposition of Mark McGarry.

2
DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7. Attached hereto as Exhibit 6 is a true and correct copy of the cover of the October 1, 2012 issue of *In Touch* and the article "Tom's Broken Promises to Suri" contained therein, introduced as Exhibit 20 at the deposition of Mark McGarry.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Bauer USA organizational chart as of December 2012, produced in this action by Defendants as BAUER011575 and introduced as Exhibit 155 at the deposition of Dan Wakeford.

9. Attached hereto as Exhibit 8 is a true and correct copy of the "Bauer Media Group: History" page of the Bauer Media Group website, available at www.bauermedia.com/en/historie/.

10. Attached hereto as Exhibit 9 is a true and correct copy of the November 23, 2012 article on www.mercurynews.com titled "Hicks: Tom Cruise, Suri, spend Thanksgiving together after 3 months apart."

11. Attached hereto as Exhibit 10 is a true and correct copy of the relevant portions of the deposition transcript of Tom Cruise taken on September 9, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of the "About Us" page of the Bauer Publishing website, available at www.bauerpublishing.com.

13. I attest based upon my personal knowledge that the Bauer Defendants included in the electronic search of their nine custodians' emails the search terms "Der Landser," "Militar," "Geschichte," "Wissen," "Zuerst!," "Heinz," "Yvonne," "Hitler," and "@bauermedia.com" from January 1, 2011 through October 24, 2012. None of these terms yielded any documents responsive to Cruise's document requests.

14. I attest based upon my personal knowledge that the Bauer Defendants produced more than 13,000 pages of documents in response to Plaintiff's document requests in this case. Nothing in those 13,000 pages indicates or suggests that BMG or a member of the Bauer Family directed or influenced the Bauer Defendants' reporting on Tom Cruise or Scientology.

3

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

15. I attest based upon my personal knowledge that prior to being served with the Third Set of RFAs, the Bauer Defendants responded to 23 Requests for Admission and 21 Interrogatories in this action.

16. I attest based upon my personal knowledge that as of October 21, 2013, Plaintiff has deposed eight of the Bauer Defendants' nine custodians.

17. Attached hereto as Exhibit 12 is a true and correct copy of the Bauer Defendants' Objections and Responses to Plaintiff Tom Cruise's First Set of Interrogatories Propounded to Defendants, served on Plaintiff on August 2, 2013.

18. Attached hereto as Exhibit 13 is a true and correct copy of the relevant portions of the deposition transcript of Dan Wakeford taken on September 19, 2013.

19. Attached hereto as Exhibit 14 is a true and correct copy of the June 6, 1991 article from *The Los Angeles Times* titled "In Battle Against Time, Scientologists Put Money on Ads."

20. Attached hereto as Exhibit 15 is a true and correct copy of pages 222 through 225 of the book, "Going Clear: Scientology, Hollywood, and the Prison of Belief," by Lawrence Wright which has been nominated for the 2013 National Book Award in non-fiction.

21. Attached hereto as Exhibit 16 is a true and correct copy of the June 12, 2008 article from *The New York Post* titled "Tom Rips 'Nazi' Diagnosis" introduced as Exhibit 105 at the deposition of Tom Cruise.

22. Attached hereto as Exhibit 17 is a true and correct copy of the September 18, 2012 letter from Bertram Fields to Kim Masters of *The Hollywood Reporter* produced in this action by Plaintiff as TC000307.

23. Attached hereto as Exhibit 18 is a true and correct copy of the October 2012 cover story in *Vanity Fair* entitled, "What Katie Didn't Know."

4
DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

24. Attached hereto as Exhibit 19 is a true and correct copy of the December 14, 2012 letter from Bertram Fields to Elizabeth A. McNamara sent in connection with this action.

25. Attached hereto as Exhibit 20 is a true and correct copy of the December 18, 2012 letter from Elizabeth A. McNamara to Bertram Fields sent in response to Mr. Fields' December 14, 2012 letter.

26. Attached hereto as Exhibit 21 are true and correct copies of three February 14, 2013 articles that appeared on *The Wrap* titled, "In Touch Tabloid Publisher – Mired in Tom Cruise Lawsuit – Trades in Nazis, Porn and Sometimes Both (Exclusive)," "From In Touch to 'The Fuehrer Speaks, the People Listen' – a Gallery of Bauer's Holdings," and "Tom Cruise Tabloid Trial Could Explore Publisher Bauer's Alleged 'History of Bigotry and Hatred.'"

27. Attached hereto as Exhibit 22 is a true and correct copy of the parties' Joint Rule 26(f) Report filed in this action on February 14, 2013.

28. Attached hereto as Exhibit 23 is a true and correct copy of the February 14, 2013 letter from Elizabeth A. McNamara to Bertram Fields and Aaron J. Moss regarding the Joint Rule 26(f) Report and *The Wrap* articles.

29. Attached hereto as Exhibit 24 is a true and correct copy of the February 19, 2013 letter from Aaron J. Moss to Elizabeth A. McNamara responding to her February 14, 2013 letter regarding the Joint Rule 26(f) Report and *The Wrap* articles.

30. Attached hereto as Exhibit 25 is a true and correct copy of an e-mail exchange between Matthew Galsor of Plaintiff's Counsel's law firm, and Frank Jordans of the Associated Press, introduced as Exhibit 104 at the deposition of Plaintiff Tom Cruise.

31. Attached hereto as Exhibit 26 is a true and correct copy of the September 24, 2013 meet and confer letter from Elizabeth A. McNamara to Aaron J. Moss.

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

32. Attached hereto as Exhibit 27 is a true and correct copy of the September 27, 2013 letter from Aaron J. Moss to Elizabeth A. McNamara responding to her September 24, 2013 meet and confer letter.

33. I attest based upon my personal knowledge that the parties held a telephonic meet and confer on October 4, 2013, after which the parties exchanged a series of e-mails related to the meet and confer on October 4, 2013, October 7, 2013, October 10, 2013, and October 11, 2013.

34. Attached hereto as Exhibit 28 is a true and correct copy of the September 13, 2013 Press Release by Bauer Media Group entitled "Independent Expert Opinion Confirms Lawfulness of *Der Landser* – Bauer Media is Nevertheless Ceasing Its Publication."

35. Attached hereto as Exhibit 29 is a true and correct copy of the online table of contents for *The Tampa Bay Times* investigative series "Inside Scientology" that has run from February 2009 to the present day, as well as the June 21, 2009 article, "Scientology: The Truth Rundown, Part 1 of 3," the June 22, 2009 article, "Scientology: Ecclesiastical Justice, Part 3 of 3," the June 12, 2010 article, "No Kids Allowed," and the February 9, 2012 article "Ex-Clearwater Scientology officer Debbie Cook testified she was put in 'The Hole,' abused for weeks."

36. Attached hereto as Exhibit 30 is a true and correct copy of the March 6, 2010 article in *The New York Times* titled "Defectors Say Church of Scientology Hides Abuse."

37. Attached hereto as Exhibit 31 is a true and correct copy of the February 14, 2011 article in *The New Yorker* by Lawrence Wright titled, "The Apostate: Paul Haggis vs. the Church of Scientology."

38. Attached hereto as Exhibit 32 is a true and correct copy of the July 4, 2012 article in *The Hollywood Reporter* titled "Katie Holmes 'Biggest Nightmare' in Scientology History, Say Experts."

6

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

39. Attached hereto as Exhibit 33 is a true and correct copy of the July 6, 2012 article on *The Huffington Post* titled "Tom Cruise: Will He Be Forced to Choose Between Scientology and Suri."

40. Attached hereto as Exhibit 34 is a true and correct copy of the July 10, 2012 article on *Radar Online* titled "Ex-Scientologist: Tom Cruise Chose Religion Over His Daughter With Katie Holmes."

41. Attached hereto as Exhibit 35 is a true and correct copy of the July 18, 2012 article in *The New York Post* titled "Tom's 1st 'Divorce' Visit To Suri" produced in this action by Plaintiff as TC000718.

42. Attached hereto as Exhibit 36 is a true and correct copy of the July 27, 2012 article in *The Hollywood Reporter* titled, "Tom Cruise and Suri: Scientology's Heartbreaking Double Standard?"

43. Attached hereto as Exhibit 37 is a true and correct copy of the cover of *People Magazine*'s July 30, 2012 issue featuring the headline "Tom's Shattered World," and the article on the inside of the magazine titled "Tom's Private Struggle" produced in this action by Plaintiff as TC000740-43.

44. Attached hereto as Exhibit 38 is a true and correct copy of the September 5, 2012 article on www.usmagazine.com titled "How Scientologists Reportedly Turned Isabella, Connor Cruise Against Mom Nicole Kidman."

45. Attached hereto as Exhibit 39 is a true and correct copy of the September 19, 2012 article on *The Huffington Post* titled "Tom Cruise Scientology Backlash: How the Actor May Deal With Fallout."

46. Attached hereto as Exhibit 40 is a true and correct copy of the cover of the July 16, 2012 issue of *US Weekly*.

47. Attached hereto as Exhibit 41 is a true and correct copy of the cover of the July 16, 2012 issue of *People Magazine*.

7

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

48. Attached hereto as Exhibit 42 is a true and correct copy of the cover of the July 23, 2012 issue of *Us Weekly*.

49. Attached hereto as Exhibit 43 is a true and correct copy of the cover of the July 23, 2012 issue of *People Magazine*.

50. Attached hereto as Exhibit 44 is a true and correct copy of the cover of the July 23, 2012 issue of *Star*.

51. Attached hereto as Exhibit 45 is a true and correct copy of the July 13, 2012 article in *The New York Times* titled "A Calculated Breakup."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in New York, New York on October 21, 2013.

*Elizabeth A. McNamara*/DA
ELIZABETH A. McNAMARA

8
DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899