LAW OFFICES OF
## GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

BERTRAM FIELDS

DIRECT DIAL NUMBER
(310) 201-7454

1900 AVENUE OF THE STARS
21ST FLOOR
LOS ANGELES, CALIFORNIA 90067-4590
TELEPHONE: (310) 553-3610

FAX
(310) 553-0687

E-MAIL ADDRESS
BFIELDS@GGFIRM.COM

OUR FILE NUMBER
16233-00094

December 14, 2012

**VIA E-MAIL AND U.S. MAIL**

Elizabeth A. McNamara, Esq.
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, New York 10019
lizmcnamara@dwt.com

Dear Ms. McNamara:

Your client, Bauer Publishing. is continuing its campaign of false and defamatory attacks on Tom Cruise and his religion. It should have stopped long before this. It should stop now.

This relentless defaming of Mr. Cruise and his Church is less surprising now that we have discovered Bauer's long and disgraceful record of religious hatred and bigotry.

That appalling record goes back to the 30s and 40s, when Bauer Publishing was a fawning admirer of Hitler and the Nazis, publishing glamorous portraits of Der Fuhrer, himself, and of Hermann Goering and featuring such Nazi-glorifying scenes as a marching member of Hitler Youth. They also published vicious caricatures of Jews that were so popular in Germany at the time.

And, Bauer's conduct didn't stop with the war's end. Since then, it has distributed neo-Nazi magazines, as well as Nazi themed pornography, and has engaged in anti-Semitic rants. For example, one Bauer publication asked sneeringly "How can 6 million American Jews control 209 million non-Jewish Americans?"

Bauer may disguise its present attacks as mere tabloid style gossip. But it's really a continuation of the same pattern of bigotry the company espoused under Hitler. Only now, it's focused on Scientologists rather than Jews and it's been reformatted to make money from young Americans, while indoctrinating them with Bauer's current messages of hate.

Please understand, I do not attribute any of Bauer's conduct to you or your firm. I'm sure you had no idea of their background and publishing history. Now that you

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

Elizabeth A. McNamara, Esq.
December 14, 2012
Page 2


know, I can only ask that you do what you can to persuade them to stop their bigoted and
defamatory attacks.

Sincerely,

BERTRAM FIELDS

BF/rjd

EXHIBIT 19                                    129