BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
TOM CRUISE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAUER COMPANY L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC. and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV12-09124 DDP (JCx)<br><br>*Assigned To: Hon. Dean D. Pregerson*<br>*Hon. Mag. Jacqueline Chooljian*<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF AARON J. MOSS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**<br><br>[Declaration of Matt Galsor and [Proposed] Order filed concurrently herewith]<br><br>Date:　　November 26, 2013<br>Time:　　9:30 a.m.<br>Crt Rm:　20<br><br>Action filed: October 24, 2012<br>Fact Discovery Cut-Off: Dec. 9, 2013<br>Pretrial Conference: June 2, 2014<br>Trial Date: June 10, 2014 |

# DECLARATION OF AARON J. MOSS

I, Aaron J. Moss, declare and state as follows:

1. I am a partner at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record in this action for plaintiff Tom Cruise ("Plaintiff"). I am licensed to practice law in the State of California and am admitted to practice in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Opposition to Motion for Protective Order and to Compel Responses to Requests for Production. The following facts are of my own personal knowledge and if called as a witness I could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the cover and inside article about Tom and Suri Cruise from the July 30, 2012 issue of *Life & Style Weekly*, marked as Deposition Exhibit 6. The cover includes the headline "SURI IN TEARS: ABANDONED BY HER DAD."

3. Attached hereto as **Exhibit B** is a true and correct copy of the cover and inside article about Tom and Suri Cruise from the October 1, 2012 issue of *In Touch Weekly*, marked as Deposition Exhibit 20. The cover includes the headline "ABANDONED BY DADDY."

4. Attached hereto as **Exhibit C** is a true and correct copy of an email chain dated September 15, 2012 from Dan Wakeford at Bauer to Jared Shapiro produced by Bauer during discovery, bates numbered BAUER009105 and marked as Deposition Exhibit 146. In the email, Mr. Wakeford wrote "Let's amp this up and get some ex scientologists to speculate more. We have one right? Saying Suri cd [*sic*] possibly be branded a weaker being or whatever they call it."

5. Attached as **Exhibit D** is a true and correct copy of a "Story Sheet" dated July 16, 2012 from Dan Jewel to Kathy Campbell produced by Bauer during discovery, bates numbered BAUER000815 and marked as Deposition Exhibit 51.

16233-00094/1993147.2       1       DECLARATION OF AARON J. MOSS IN SUPPORT OF OPPOSITION TO MOTION FOR PROTECTIVE ORDER

1    6.   Attached hereto as **Exhibit E** is a true and correct copy of the cover and inside article about Tom and Suri Cruise from the July 30, 2012 issue of *In Touch Weekly*, marked as Deposition Exhibit 72. The cover includes the headline "TOM'S SECRET PLANS FOR SURI: He let Katie win custody, but Tom hatches a devious plot to use his vast fortune & 'Scientology brainwashing' to control his 6-year old."

7.   Attached as **Exhibit F** is a true and correct copy of a "Story Sheet" dated September 12, 2012 from Dan Jewel to Kathy Campbell produced by Bauer during discovery, bates numbered BAUER000933 and marked as Deposition Exhibit 62.

8.   Attached as **Exhibit G** is a true and correct copy of an email dated July 16, 2012 from Jared Shapiro at Bauer to Rachel Biermann produced by Bauer during discovery, bates numbered BAUER001413 and marked as Deposition Exhibit 143. The subject line of the email is "a few things to get for Tomkat," and the body includes "The idea that Tom could use his Scientology expertise and power to brainwash to manipulate Suri" and "That he'd use his vast knowledge of power to try and control Katie. Do we think one of our ex sci-ti peeps could say all of this?"

9.   Attached as **Exhibit H** is a true and correct copy of an email dated July 16, 2012 from Jared Shapiro at Bauer to various individuals at Bauer produced by Bauer during discovery, bates numbered BAUER004356 and marked as Deposition Exhibit 160. Mr. Shapiro wrote "I think we have to find someone who acknowledges it's all a form of brainwashing? I feel like that term has been thrown around so much, and since we are using it (possibly as a word on the cover) we may need to find an ex sc-ti who will say it?"

10.  Attached as **Exhibit I** is a true and correct copy of an email chain between Terri White at Bauer to Dan Jewel produced by Bauer during discovery, bates numbered BAUER002675 and marked as Deposition Exhibit 76. The email

contains a transcript of an interview with Brian Canup, a former Scientologist. At the top of the chain, Ms. White wrote "No, it's dead confusing. Having him [referring to Mr. Cruise] in the simple villain role is better."

11. Attached as **Exhibit J** is a true and correct copy of an email chain between Mark McGarry at Bauer to Alison Gaylin produced by Bauer during discovery, bates numbered BAUER000177 and marked as Deposition Exhibit 30. The email contains the transcript of an interview with Brian Canup, a former Scientologist. At the top of the chain, Mr. McGarry wrote "yeah, skip. We would get sued if we said he was turning his back on suri because she's not scientology."

12. Attached as **Exhibit K** is a true and correct copy of the cover and inside article about Tom and Suri Cruise from the December 10, 2012 issue of *In Touch Weekly*, marked as Deposition Exhibit 145. The cover includes the headlines: "Leaving Scientology for Suri?" and "Did Tom Choose His Child Over His Church?"

13. On September 19, 2013, I deposed Dan Wakeford in this action. A transcript of Mr. Wakeford's deposition has been prepared and provided to my office by the court reporter who transcribed the deposition. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from Mr. Wakeford's deposition transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2013 at Los Angeles, California.

/s/ Aaron J. Moss