# EXHIBIT C

EXHIBIT
146
9/19/13

| | |
|---|---|
| **From:** | dwakeford@bauerpublishing.com |
| **Sent:** | Saturday, September 15, 2012 3:18 PM |
| **To:** | Jared Shapiro <jshapiro@bauerpublishing.com> |
| **Cc:** | Alexis Chiu <achiu@bauerpublishing.com> |
| **Subject:** | Re: Redacted |

Wow! Love it. I knew there was scientology mystery in the background of this. Let's amp this up and get some ex scientologists to speculate more. We have one right? Saying Suri cd possibly be branded a weaker being or whatever they call it.
-----Original Message-----
From: "Jared Shapiro" <jshapiro@bauerpublishing.com>
Date: Sat, 15 Sep 2012 13:43:48
To: dwakeford@bauerpublishing.com<dwakeford@bauerpublishing.com>
Cc: Alexis Chiu<achiu@bauerpublishing.com>
Subject: Re: Redacted


Agrees. Plus the kate story is everytwwhheerreee right now

have updates coming later abt Suri
[Confidential Source] called this morning
And Something very weird going on. I think SciTi preventing him from coming
Because toms team pressuring Katie's team to make a comment abt our story but they are saying "well where the hell are u?" he hasn't come so it's legit. They r confused why he is making a big stink but not coming

They r shocked he hasn't flown in yet for a big PR photo. But he hasn't

## Confidential Source

I'm trying to get them to be more open bc I get the sense this is now a Connor/Isabella/ kidman situation where it's just done . But who knows.


On Sep 15, 2012, at 1:19 PM, "dwakeford@bauerpublishing.com" <dwakeford@bauerpublishing.com> wrote:

> I'm not concerned about this as I really like the Suri cover and had been moving towards it overnight. The fact she's not seen Dad for 45 days with the mysterious backdrop of scientology is so crazy. We just need to amp the dek on Monday.
> Redacted
> -----Original Message-----
> From: Sebastian Raatz <sraatz@bauer-usa.com>
> Date: Sat, 15 Sep 2012 12:59:31
> To: Dan Wakeford<dwakeford@bauerpublishing.com>
> Subject: Re: Redacted
>

## Redacted

> [Redacted]
>
> On Sep 14, 2012, at 5:52 PM, "dwakeford@bauerpublishing.com<mailto:dwakeford@bauerpublishing.com>" <dwakeford@bauerpublishing.com<mailto:dwakeford@bauerpublishing.com>> wrote:
>
> [Redacted]
>
> From: Hubert Boehle <Hboehle@bauer-usa.com<mailto:Hboehle@bauer-usa.com>>
> Date: Fri, 14 Sep 2012 13:56:35 -0400
> To: Dan Wakeford<dwakeford@bauerpublishing.com<mailto:dwakeford@bauerpublishing.com>>; Sebastian Raatz<sraatz@bauer-usa.com<mailto:sraatz@bauer-usa.com>>
> Cc: Bachhausen, Claudia<Claudia.Bachhausen@bauermedia.com<mailto:Claudia.Bachhausen@bauermedia.com>>; Schwarz, Bianca<Bianca.Schwarz@bauermedia.com<mailto:Bianca.Schwarz@bauermedia.com>>
> Subject: [Redacted]
>
> [Redacted]
>
> From: Dan Wakeford [mailto:dwakeford@bauerpublishing.com]
> Sent: Friday, September 14, 2012 1:53 PM
> To: Hubert Boehle
> Cc: Sebastian Raatz
> Subject: Re:
>
> [Redacted]
>
> Dan Wakeford
> Editor-In-Chief
> Life & Style WEEKLY / In Touch WEEKLY
> 270 Sylvan Avenue
> Englewood Cliffs, NJ 07632
> phone: 201.569.6699 Ext. 338
> Fax: 201-569-4950
>
>
> <image001.png><image002.png>
> <http://www.lifeandstylemag.com>
>
>
> On Sep 14, 2012, at 1:48 PM, Hubert Boehle wrote:
>
>
> > [Redacted]

>

CONFIDENTIAL

EXHIBIT C

BAUER009107

14