1  BERTRAM FIELDS (SBN 024199)
   BFields@ggfirm.com
2  AARON J. MOSS (SBN 190625)
   AMoss@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Plaintiff
7  TOM CRUISE

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 
   TOM CRUISE,                          Case No.  CV12-09124 DDP (JCx)
12
                  Plaintiff,            *Assigned To:  Hon. Dean D. Pregerson*
13                                      *Hon. Mag. Jacqueline Chooljian*
   v.
14                                      **DISCOVERY MATTER**
   BAUER COMPANY L.P., BAUER
15 MAGAZINE L.P., BAUER MEDIA           **DECLARATION OF MATT**
   GROUP, INC., BAUER, INC.,            **GALSOR IN SUPPORT OF**
16 HEINRICH BAUER NORTH                 **PLAINTIFF'S OPPOSITION TO**
   AMERICA, INC. and DOES 1-10,         **DEFENDANTS' MOTION FOR**
17 inclusive,                           **PROTECTIVE ORDER AND TO**
                                        **COMPEL RESPONSES TO**
18                Defendants.           **REQUESTS FOR PRODUCTION**

19                                      [Declaration of Aaron J. Moss and
                                        [Proposed] Order filed concurrently
20                                      herewith]

21                                      Date:     November 26, 2013
                                        Time:     9:30 a.m.
22                                      Crt Rm:   20

23
                                        Action filed: October 24, 2012
24                                      Fact Discovery Cut-Off: Dec. 9, 2013
                                        Pretrial Conference: June 2, 2014
25                                      Trial Date: June 10, 2014

26

27

28

   16233-00094/1994980.1                DECLARATION OF MATT GALSOR IN
                                        SUPPORT OF PLAINTIFF'S RESPONSE TO
                                        DEFENDANTS' JOINT STIPULATION

# DECLARATION OF MATT GALSOR

I, Matt Galsor, declare and state as follows:

1. I am a partner at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP, counsel of record in this action for plaintiff Tom Cruise ("Plaintiff"). I am licensed to practice law in the State of California. I make this declaration in support of Plaintiff's Opposition to Motion for Protective Order and to Compel Responses to Requests for Production. The following facts are of my own personal knowledge, except as to those matters stated on information and belief, and as to these matters I am informed and believe them to be true. If called as a witness I could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint for libel filed in the matter entitled *Founding Church of Scientology v. Heinrich Bauer Verlag*, District of Columbia Superior Court Civil Action No. CA 7531-73 (filed September 4, 1973). The complaint alleged the publication of a defamatory article about the Church of Scientology in a Bauer publication entitled *Neue Revue* dated July 1973. Attached to the complaint as Exhibit A is a copy of the subject article in its original German form. Attached to the complaint as Exhibit B is an English translation of the same article entitled "THE WRETCHED BUSINESS DEALINGS OF THE FALSE CHRISTIANS."

3. On or about September 16, 2013, I accessed the website of a Bauer publication, *Geschichte Kompakt*, located at http://www.geschichtekompakt.de. Attached hereto as **Exhibit 2** is a true and correct copy of the home page of *Geschichte Kompakt*, as of that date, which showed that the website was a Pabel-Moewig Verlag GmbH site. And the website http://www.vpm.de/zeitschriften.html, a true and correct copy of which is attached as **Exhibit 3,** indicates that Pabel-Moewig Verlag GmbH is a Bauer Media Group company (I am informed and believe that "Ein Unternehmen der Bauer Media

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

16233-00094/1994980.1

1

DECLARATION OF MATT GALSOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT STIPULATION

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  Group" means "a company of Bauer Media Group").

2      4.    In the search box on the home page of the *Geschichte Kompakt*
3  website, I typed in the word "Hakenkreuz" which means "swastika" in German.
4  After I clicked the search button, search results appeared, including a video called
5  "Hakenkreuz." I clicked on that video, and it began to play in the center of the
6  screen. After the video had ended, a number of additional videos became available
7  for viewing on the website, including one called "Adolf Hitler – He Was Right!" A
8  true and correct screen shot of the title of the video is attached hereto as **Exhibit 4**.
9  This video included several statements praising Hitler, including, for example, "In
10 2012 we all know now he was right!" and "The greatest man of the 20th century."
11 True and correct screen shots of these statements used in the video are attached
12 hereto as **Exhibits 5 and 6**, respectively. As of today, the website appears to have
13 been taken offline and is no longer publicly accessible. When I typed in
14 http://www.geschichtekompakt.de today, my browser was redirected to a general
15 Bauer page depicting its German magazines, including *Militär & Geschicte*.

16     5.    Today, I accessed the website of a Bauer publication, *Militär &*
17 *Geschicte*, located at www.militaer-und-geschichte.de and located issue No. 56,
18 which features a profile of Reichsmarschall Hermann Göring on its cover. A true
19 and correct copy of the cover and Bauer's description of the contents (in both
20 German and English [from Google Translate]) is attached hereto as **Exhibit 7.**

21     6.    On or about November 5, 2012, I accessed the website of a Bauer
22 publication, *Geschichte & Wissen*, located at www.geschichte-und-wissen.com and
23 located what appears to be Issue No. 17, which features an article entitled "Hitlers
24 Geliebte Regisseurin," which I am informed and believe means "Hitler's Beloved
25 Director." A true and correct copy of the magazine cover as it appeared on the
26 website is attached hereto as **Exhibit 8.** As of today, the website appears to have
27 been taken offline and is no longer publicly accessible. When I typed in
28 http://www.geschichtekompakt.de today, my browser was redirected to a general

1  Bauer page depicting its German magazines, including *Militär & Geschichte*.

2       7.      In July 2010, a German anti-fascist organization called "Kein Platz für Nazis" which, I am informed and believe, means "No Place for Nazis" in English, staged an anti-fascist rally in Hamburg, Germany protesting Bauer Media Group's support of Nazi propaganda through the distribution of a magazine called *Zuerst!* A true and correct copy of the organization's web page describing and picturing these protests (in both German and English [from Google Translate]) is attached hereto as **Exhibit 9**. The site contains photographs in which the anti-fascist protestors are shown holding signs with slogans such as "Bauer fördert Nazipresse! Den Vertrieb von Zuerst! stoppen!," which I am informed and believe means "Bauer Supports Nazi Press – Stop the sale of Zuerst!" in English. The web page is available at http://www.keine-stimme-den-nazis.org/index.php?option=com_content&task=view&id=3120&Itemid.

      8.      Attached hereto as **Exhibit 10** is a true and correct copy of an article posted on the AP's news archive website that discusses an infamous question posed by the Bauer Publication *Quick* in 1985: "How Can 6 Million American Jews Control 209 Million Non-Jewish Americans?" It is available at http://www.apnewsarchive.com/1985/German-Magazine-Says-Jewish-Groups-Influence-U-S-Foreign-Policy/id-91ecc1009834d5b7294f13ae95b1d093, which I last accessed on October 30, 2013.

      9.      Attached hereto as **Exhibit 11** is a true and correct copy of the front cover and an inside spread of the September 10-16 1939 issue of *Funk Wacht*. The cover page identifies the publisher as "Verlag (which, I am informed and believe, means "publisher" in English) Heinrich Bauer, Hamburg." I arranged for the purchase of this publication in or about November 2012 from an online seller based in Germany, www.SAMMLERMARKT-NORD.net. This issue contains a spread glorifying Adolf Hitler and Generalfeldmarschall Hermann Göring. I am informed and believe that the caption under Hitler's photo reads: "The Führer Speaks – the

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590


1. People Listen!"

10. Attached hereto as **Exhibit 12** is a true and correct copy of an article, as it appears online, published in the October 12, 2012 issue of *The Independent*, entitled "A Closer Look at the Bauer Media Family" by Gideon Spanier, marked as Deposition Exhibit 156. The article quotes Paul Keenan, the chief executive of Bauer Consumer Media in the UK, as having said, "On a day-to-day basis, they [members of the Bauer family] are actively involved in the strategy and operations of the business around the world."

11. Attached hereto as **Exhibit 13** is a true and correct copy of the German language "Start" page from the international Bauer Media Group website, located at www.bauermedia.com/no_cache/en/willkommen/ and previously marked as Deposition Exhibit 152. The webpage displays the covers of the U.S. versions of *In Touch* and *Life & Style* magazines. The *Life & Style* cover contains the headline "Suri's Twisted World," referring to Plaintiff's daughter.

12. Attached hereto as **Exhibit 14** is a true and correct copy of the English language "Start" page from the international Bauer Media Group website, located at www.bauermedia.com and previously marked as Deposition Exhibit 151. The webpage displays the covers of the U.S. versions of *In Touch* and *Life & Style* magazines. The *Life & Style* cover contains the headline "Suri's Twisted World," referring to Plaintiff's daughter.

13. Attached hereto as **Exhibit 15** is a true and correct copy of an article from an issue of the German version of *In Touch* magazine, which I am informed and believe was published in October 2013, as well as a certified English translation prepared by Nathalie Accristo, the Project Manager for TransPerfect Translations International, Inc. and notarized by Heather Sullivan on October 29, 2013. As translated, the headline of the article refers to Suri Cruise as "Hollywood's Worst Mini-Diva," and the text of the article refers to her as a "little beast."

1  14. Attached hereto as **Exhibit 16** is a true and correct copy of the submission Bauer filed before Ofcom in August 2012, available at http://www.competition-commission.org.uk/assets/competitioncommission/docs/2012/global-radio-gmg/bauer_ofcom_submission.pdf and last accessed on October 30, 2013. Ofcom (or The Office of Communications) is the regulatory authority for the broadcasting, telecommunications, and postal industries of the United Kingdom. The submission seeks to block further consolidation of a competing U.K. radio group. In its filing, Bauer admitted (on page 60 of this declaration) that a "corporate culture can determine cultural output across the board," that "editorial decisions … are often dictated by the corporate culture of a media company" and that these decisions will "have an impact on the knowledge and ideas that circulate in civil society."

15. Attached hereto as **Exhibit 17** is a true and correct copy of Bauer's 2010 Annual Report, which, among other things discusses Bauer's corporate culture on pages 82 and 87 of this declaration. The report is available at https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=2&ved=0CDMQFjAB&url=http%3A%2F%2Fwww.bauermedia.com%2Fuploads%2Fmedia%2FAnnual_Report_2010_Bauer_Media_Group.pdf&ei=X1BwUpqCFJDOigL46oD4BA&usg=AFQjCNElJvIcT1wiCZFftx3ZrOHUy-x8Zg&sig2=GpMTkOVKwvoi4SUj9_i10w (last accessed on October 30, 2013).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2013 at Los Angeles, California.

*/s/ M. Galsor*
Matt Galsor

16233-00094/1994980.1     5     DECLARATION OF MATT GALSOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT STIPULATION

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590