DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (*Of Counsel*)
lizmcnamara@dwt.com
DEBORAH A. ADLER (*Of Counsel*)
deborahadler@dwt.com
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230/Fax: (212) 489-8340

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and HEINRICH BAUER NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br>Plaintiff,<br>vs.<br>BAUER PUBLISHING COMPANY, L.P. BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br>Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**THE BAUER DEFENDANTS' NOTICE OF MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**<br><br>**[DISCOVERY MATTER]**<br><br>Date: November 26, 2013<br>Time: 9:30 a.m.<br><br>Fact Discovery Cut-Off: Dec. 9, 2013<br>Pretrial Conference: June 2, 2014<br>Trial Date: June 10, 2014 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **Tuesday, November 26, 2013, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jacqueline Chooljian, United States District Court Magistrate Judge, located in the United States Courthouse, Courtroom 20, 312 North Spring Street, Los Angeles, California, Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc. (the "Bauer Defendants") will move this Court for:

(a) a protective order holding that the Bauer Defendants need not answer the disputed Requests for Admission ("RFAs");

(b) an order compelling Plaintiff to respond to the Bauer Defendants' Second Set of Requests for Production; and

(c) an award of the Bauer Defendants' reasonable attorneys fees and costs incurred in bringing this Motion.

This motion is made on the grounds that disputed RFAs were served solely to annoy, embarrass, oppress, and generally to harass Defendants. As set forth in the *Joint Stipulation for Determination of Discovery Dispute* filed concurrently herewith, the RFAs at issue have no relevance to the claims or defenses in this action and are based entirely on an unsupported and offensive conspiracy theory.

This motion is further made on the grounds that Plaintiff has refused to respond to the Bauer Defendants' Second Set of Requests for Production for no justification other than the Bauer Defendants' refusal to respond to Plaintiff's harassing Requests for Admission.

This motion is made following the exchange of correspondence and prefiling conferences of counsel pursuant to Local Rule 37-1 that took place in September and October 2013, as set forth in detail in the *Joint Stipulation*. Despite good faith efforts, the parties were not able to resolve their discovery dispute.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

The Bauer Defendants' Motion is based on the parties' *Joint Stipulation*, declarations and exhibits filed in support, the papers on record in this action, and such further evidence and argument as may be presented at the hearing.

DATED: November 5, 2013

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ELIZABETH A. McNAMARA (*Of Counsel*)
DEBORAH A. ADLER (*Of Counsel*)

By: /s/ Elizabeth A. McNamara
Elizabeth A. McNamara

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and HEINRICH BAUER NORTH AMERICA, INC.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899