DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
 alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800/Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (*Of Counsel*)
 lizmcnamara@dwt.com
DEBORAH A. ADLER (*Of Counsel*)
 deborahadler@dwt.com
1633 Broadway, 27th Floor
New York, New York 10019
Telephone:  (212) 489-8230/Fax:  (212) 489-8340

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER
MAGAZINE L.P., BAUER MEDIA GROUP, INC.,
BAUER, INC., and HEINRICH BAUER NORTH
AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>          Plaintiff,<br><br>     vs.<br><br>BAUER PUBLISHING COMPANY<br>L.P., BAUER MAGAZINE L.P.,<br>BAUER MEDIA GROUP, INC.,<br>BAUER, INC., HEINRICH BAUER<br>NORTH AMERICA, INC., and DOES<br>1-10, inclusive,<br><br>          Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**DECLARATION OF ELIZABETH A. MCNAMARA IN OPPOSITION TO PLAINTIFF TOM CRUISE'S MOTION TO COMPEL DEFENDANTS TO ADMIT THEY HAD NO SOURCES FOR THEIR MAGAZINE COVER HEADLINES; OR, IN THE ALTERNATIVE, TO COMPEL DEFENDANTS TO REVEAL THOSE SOURCES AND UPON REFUSAL, FOR A "NO SOURCE" PRESUMPTION**<br><br>**[DISCOVERY MATTER]**<br><br>Date: November 26, 2013<br>Time: 9:30 a.m.<br><br>Fact Discovery Cut-Off: Dec. 9, 2013<br>Pretrial Conference: June 2, 2014<br>Trial Date: June 10, 2014 |

DECLARATION OF ELIZABETH A. McNAMARA

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I, Elizabeth A. McNamara, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of New York, and admitted *pro hac vice* to practice before this Court.   I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc. (collectively, the "Bauer Defendants") in the above-captioned action.  I submit this declaration in opposition to Plaintiff Tom Cruise's Motion to Compel Defendants to Admit they had No Sources for their Magazine Headlines; Or, In the Alternative, To Compel Defendants To Reveal Those Sources And Upon Refusal, for a "No Source" Presumption.  Everything contained in this declaration is based on the discovery in this case, as referenced by my citations, or my personal knowledge, except as otherwise indicated.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts of The Bauer Defendants' Objections And Responses To Plaintiff Tom Cruise's Third Set Of Requests For Admission, served on October 9, 2013.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts of The Bauer Defendants' Objections And Responses To Plaintiff Tom Cruise's Third Set Of Interrogatories, served on October 24, 2013.

4.      Attached hereto as Exhibit 3 is a true and correct copy of The Bauer Defendants' Amended Objections And Responses To Plaintiff Tom Cruise's Second Set Of Requests for Admission, served on November 4, 2013.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Bauer Defendants' Amended Objections And Responses to Plaintiff Tom Cruise's Second Set Of Interrogatories, served on November 4, 2013.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the November 23, 2012 article on www.mercurynews.com titled "Hicks: Tom Cruise, Suri, spend Thanksgiving together after 3 months apart.

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7.      I attest based on my personal knowledge that as of November 4, 2013, Plaintiff has deposed nine Bauer witnesses, and the Defendants have produced any called-for reporting files and related documents concerning the Articles.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a July 16, 2012 e-mail exchange regarding reporting on Tom Cruise and Suri Cruise with the subject "Fwd: Suri reporting," produced in this action by Defendants at BAUER000809.

9.      Attached hereto as Exhibit 7 is a true and correct copy of an August 30, 2012 e-mail exchange regarding Plaintiff and Suri Cruise with the subject "Re: Fwd: How many days has Tom spent with Suri (roughly or exactly) since Katie filed," produced in this action by Defendants at BAUER009735-36.

10.     Attached hereto as Exhibit 8 is a true and correct copy of a September 17, 2012 e-mail exchange regarding Plaintiff and Suri Cruise with the subject "Fwd: Last time Tom and Suri were photographed together," produced in this action by Defendants at BAUER012519-21.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a July 15, 2012 e-mail exchange regarding reporting on Katie Holmes and Suri Cruise with the subject "poor suri," produced in this action by Defendants at BAUER002061-62.

12.     Attached hereto as Exhibit 10 is a true and correct copy of a July 13, 2012 e-mail exchange regarding reporting on Katie Holmes and Suri Cruise with the subject "Revised Katie And Suri File From Today – July 13th," produced in this action by Defendants at BAUER001280-81.

13.     Attached hereto as Exhibit 11 is a true and correct copy of a June 29, 2012 e-mail exchange regarding Plaintiff, Katie Holmes, and Suri Cruise with the subject "1229 The Suri situation is a disaster," produced in this action by Defendants at BAUER004296-97.

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14.     Attached hereto as Exhibit 12 is a true and correct copy of the article titled "In the Know: Suri's lonely life Without Tom" from the July 9, 2012 issue of *In Touch*, produced in this action by Defendants at BAUER011437.

15.     Attached hereto as Exhibit 13 is a true and correct copy of a June 29, 2012 e-mail exchange regarding Plaintiff with the subject "1229 Tom Cruise Works Non Stop, Not Good Husband Material SOURCE," produced in this action by Defendants at BAUER011681-82.

16.     Attached hereto as Exhibit 14 is a true and correct copy of a July 14, 2012 e-mail exchange regarding reporting on Plaintiff, Katie Holmes, and Suri Cruise with the subject "Quick TomKat update," produced in this action by Defendants at BAUER002052.

17.     Attached hereto as Exhibit 15 is a true and correct copy of a July 16, 2012 e-mail exchange regarding Plaintiff, Katie Holmes, and Suri Cruise with the subject "1231 Katie Being Protective," produced in this action by Defendants at BAUER003666-67.

18.     Attached hereto as Exhibit 16 is a true and correct copy of a September 3, 2012 e-mail exchange regarding Plaintiff's trip to Croatia with the subject "Fwd: 1238 Tom Cruise Partying In Croatia, Why Isn't He Visting [sic] Suri?" produced in this action by Defendants at BAUER000853-61.

19.     Attached hereto as Exhibit 17 is a true and correct copy of a September 11, 2012 e-mail exchange regarding reporting on Plaintiff in London with the subject "Fwd: 1240 Tom Cruise Drank Beer at The Swan at the Globe—eyewitness account," produced in this action by Defendants at BAUER000922.

20.     Attached hereto as Exhibit 18 is a true and correct copy of a September 17, 2012 e-mail exchange regarding Plaintiff in London with the subject "Re: PHOTO ALERT: ***EXCLUSIVE PICTURES*** TOM CRUISE IN LONDON

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

WITH MYSTERY LADY UNTIL 2:30AM!" produced in this action by Defendants at BAUER000265-69.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a September 12, 2012 e-mail exchange regarding Plaintiff, Katie Holmes, and Suri Cruise with the subject "1240 Holmes family friend: 'Tom could have been there' – he's becoming like an 'uncle'," produced in this action by Defendants at BAUER003769.

22.     Attached hereto as Exhibit 20 is a true and correct copy of a September 11, 2012 e-mail exchange regarding reporting on Suri Cruise's first day of school with the subject "Fwd: ADD: 1240 Suri at School," produced in this action by Defendants at BAUER000917-18.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a September 17, 2012 e-mail exchange regarding Plaintiff and Suri Cruise with the subject "1240 Tom and Suri nw info," produced in this action by Defendants at BAUER001622.

24.     Attached hereto as Exhibit 22 is a true and correct copy of a July 16, 2012 e-mail exchange containing an interview with Psychologist, Beth Proudfoot regarding Plaintiff, Katie Holmes, and Suri Cruise with the subject "Fwd: 1231 Katie Holmes and Tom Cruise—Suri in the Middle, Psychologist," produced in this action by Defendants at BAUER000796-98.

25.     Attached hereto as Exhibit 23 is a true and correct copy of a July 23, 2012 e-mail exchange containing an interview with Psychologist, Dean Leav regarding Plaintiff, Katie Holmes, and Suri Cruise with the subject "1232-TOM/KATIE-MORE EXPERT QUOTES ON SURI IDEALIZING TOM," produced in this action by Defendants at BAUER001477.

26.     Attached hereto as Exhibit 24 is a true and correct copy of a September 14, 2012 e-mail exchange containing an interview with Family Therapist, Paul Hokemeyer regarding Plaintiff and Suri Cruise with the subject "1240- TOM

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

CRUISE- EXPERT QUOTES," produced in this action by Defendants at BAUER003407.

27.     Attached hereto as Exhibit 25 is a true and correct copy of a September 15, 2012 e-mail exchange regarding Plaintiff, Katie Holmes, and Suri Cruise, produced in this action by Defendants at BAUER003770-71.

28.     Attached hereto as Exhibit 26 is a true and correct copy of the relevant portions of the deposition transcript of Tom Cruise taken on September 9, 2013.

29.     Attached hereto as Exhibit 27 is a true and correct copy of the August 5, 2013 meet and confer letter from Aaron J. Moss to Elizabeth A. McNamara and Deborah A. Adler.

30.     Attached hereto as Exhibit 28 is a true and correct copy of the August 13, 2013 letter from Elizabeth A. McNamara to Aaron J. Moss responding to his August 5, 2013 meet and confer letter.

31.     Attached hereto as Exhibit 29 is a true and correct copy of the September 25, 2013 article in *The New York Times* titled "Key Syrian Rebel Groups Abandon Exile Leaders."

32.     Attached hereto as Exhibit 30 is a true and correct copy of the relevant portions of the deposition transcript of Mark McGarry taken on August 7, 2013.

33.     Attached hereto as Exhibit 31 is a true and correct copy of the relevant portions of the deposition transcript of Daniel H. Jewel taken on August 8, 2013.

34.     Attached hereto as Exhibit 32 is a true and correct copy of the relevant portions of the deposition transcript of Oliver Coleman taken on August 30, 2013.

35.     Attached hereto as Exhibit 33 is a true and correct copy of the relevant portions of the deposition transcript of Dylan Gadino taken on August 30, 2013.

36.     Attached hereto as Exhibit 34 is a true and correct copy of the relevant portions of the deposition transcript of Heidi Parker taken on September 12, 2013.

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

37.     Attached hereto as Exhibit 35 is a true and correct copy of the relevant portions of the deposition transcript of Dan Wakeford taken on September 19, 2013.

38.     Attached hereto as Exhibit 36 is a true and correct copy of an August 8, 2012 e-mail exchange regarding the factchecking of an *In Touch* article with the subject "Re: New TC Story," produced in this action by Plaintiff at TC002931-32.

39.     Attached hereto as Exhibit 37 is a true and correct copy of an August 8, 2012 e-mail exchange regarding the factchecking of an *In Touch* article with the subject "RE: New TC Story," produced in this action by Plaintiff at TC003188-89.

40.     Attached hereto as Exhibit 38 is a true and correct copy of an August 31, 2012 e-mail exchange regarding the factchecking of an *In Touch* article with the subject "RE: TOM AND KATIE STORY," produced in this action by Plaintiff at TC003101-02.

41.     Attached hereto as Exhibit 39 is a true and correct copy of a September 14, 2012 e-mail exchange regarding the factchecking of an *In Touch* article with the subject "RE: TOM CRUISE STORY," produced in this action by Plaintiff at TC000936-37.

42.     Attached hereto as Exhibit 40 is a true and correct copy of a January 28, 2011 claim letter sent from Bertram Fields to Random House, Inc., produced in this action by Plaintiff at TC000213-14.

43.     Attached hereto as Exhibit 41 is a true and correct copy of a February 9, 2011 claim letter sent from Aaron J. Moss to Examiner.com, produced in this action by Plaintiff at TC000216-17.

44.     Attached hereto as Exhibit 42 is a true and correct copy of a February 9, 2011 claim letter sent from Aaron J. Moss to AOL, Inc., produced in this action by Plaintiff at TC000218-19.

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

45.     Attached hereto as Exhibit 43 is a true and correct copy of a February 9, 2011 claim letter sent from Aaron J. Moss to Nickelodeon/MTV Networks, produced in this action by Plaintiff at TC000220-21.

46.     Attached hereto as Exhibit 44 is a true and correct copy of a February 9, 2011 claim letter sent from Aaron J. Moss to the Boston Herald, produced in this action by Plaintiff at TC000222-23.

47.     Attached hereto as Exhibit 45 is a true and correct copy of a March 26, 2012 claim letter sent from Bertram Fields to Lawrence Wright, produced in this action by Plaintiff at TC000242.

48.      Attached hereto as Exhibit 46 is a true and correct copy of a July 16, 2012 claim letter sent from Aaron J. Moss to Thomas John, produced in this action by Plaintiff at TC000271-72.

49.     Attached hereto as Exhibit 47 is a true and correct copy of a September 25, 2012 claim letter sent from Aaron J. Moss to Vanity Fair Magazine, produced in this action by Plaintiff at TC000309-11.

50.     Attached hereto as Exhibit 48 is a true and correct copy of a July 13, 2012 e-mail exchange regarding Plaintiff, Katie Holmes, and Suri Cruise, produced in this action by Defendants at BAUER002016.

51.     Attached hereto as Exhibit 49 is a true and correct copy of a July 18, 2012 article on www.lifeandstylemag.com entitled "Inside Hollywood: Tom Cruise Reunites with Daughter Suri," produced in this action by Defendants at BAUER013191-92.

52.     Attached hereto as Exhibit 50 is a true and correct copy of the relevant excerpts of Plaintiff Tom Cruise's Third Set Of Requests For Admission Propounded to Defendants on September 19, 2013.

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

53.    Attached hereto as Exhibit 51 is a true and correct copy of the relevant excerpts of Plaintiff Tom Cruise's Third Set Of Interrogatories Propounded to Defendants on September 19, 2013.

54.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in New York, New York on November 4, 2013.

_____
ELIZABETH A. McNAMARA

DECLARATION OF ELIZABETH A. McNAMARA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899