1 | DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
2 | alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
3 | Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899
4 |
DAVIS WRIGHT TREMAINE LLP
5 | ELIZABETH A. McNAMARA (*Of Counsel*)
lizmcnamara@dwt.com
6 | DEBORAH A. ADLER (*Of Counsel*)
deborahadler@dwt.com
7 | 1633 Broadway, 27th Floor
New York, New York 10019
8 | Telephone: (212) 489-8230/Fax: (212) 489-8340

9 | Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER
10 | MAGAZINE L.P., BAUER MEDIA GROUP, INC.,
BAUER, INC., and HEINRICH BAUER NORTH
11 | AMERICA, INC.

12 |

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 |

16 | TOM CRUISE,                              ) Case No. **CV 12-09124 (DDP) (JCX)**
                         Plaintiff,          )
17 |                                          ) **THE BAUER DEFENDANTS'**
                vs.                           ) **OBJECTIONS AND RESPONSES TO**
18 | BAUER PUBLISHING COMPANY,                ) **PLAINTIFF TOM CRUISE'S THIRD**
     L.P. BAUER MAGAZINE L.P.,                ) **SET OF INTERROGATORIES**
19 | BAUER MEDIA GROUP, INC.,                 ) **PROPOUNDED TO DEFENDANTS**
     BAUER, INC., HEINRICH BAUER             )
20 | NORTH AMERICA, INC., and DOES           )
     1-10, inclusive,                         )
21 |                                          )
                         Defendants.          )
22 | _____ )

23 | PROPOUNDING PARTY:       Plaintiff TOM CRUISE

24 | RESPONDING PARTY:        Defendants BAUER PUBLISHING COMPANY,

25 |                          L.P., BAUER MAGAZINE L.P., BAUER MEDIA

26 |                          GROUP, INC., BAUER, INC., and HEINRICH

27 |                          BAUER NORTH AMERICA, INC.

28 | SET NO.                  Three (3)

---

DEFENDANTS' RESPONSE TO THIRD SET OF INTERROGATORIES
DWT 22737253v1 0069628-000033

EXHIBIT 2

20

Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc. (collectively, "Defendants") by their undersigned attorneys Davis Wright Tremaine LLP, hereby respond to Plaintiff's Third Set of Interrogatories (the "Interrogatories") as follows:

## GENERAL OBJECTIONS

1.     These general objections are applicable to each specific Interrogatory and are incorporated by this reference into each answer, response, and objection thereto.

2.     Defendants object to the Instructions, Definitions, and Interrogatories to the extent that they seek to impose obligations beyond the scope permitted by the Federal Rules of Civil Procedure or the Local Civil Rules of the Central District of California and/or impose obligations on Defendants not imposed by the Federal Rules of Civil Procedure or by the Local Civil Rules of the Central District of California.

3.     Defendants object to the Instructions, Definitions and Interrogatories to the extent that they seek disclosure of information, communications, and/or documents protected by the attorney-client privilege, attorney work-product doctrine or any other applicable privilege, doctrine, or immunity.  To the extent that any request may be construed as seeking such privileged or protected information, Defendants hereby claim such privilege and invoke such protection.  The fact that Defendants do not specifically object to an individual request on the ground that it seeks such privileged or protected information or documents shall not be deemed a waiver of the protection afforded by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or protection.

4.     Defendants object to the Instructions, Definitions and Interrogatories to the extent that they seek information protected from disclosure by, *inter alia*, the First Amendment of the United States Constitution, federal common law, the

DEFENDANTS' RESPONSE TO THIRD SET OF INTERROGATORIES
DWT 22737253v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 2

1   constitutional, statutory and common law of California, New York, and New Jersey

2   and other privileges that protect the identification of, and information obtained from,

3   confidential sources.

4        5.    Defendants object to the Interrogatories to the extent that they seek

5   information irrelevant to the subject matter of this action and not reasonably

6   calculated to lead to the discovery of admissible evidence.

7        6.    Defendants object to the Interrogatories to the extent that they are

8   duplicative of other discovery served by Plaintiff on Defendants.

9        7.    Defendants object to the definition of "YOU," "YOUR," and "YOURS"

10   as overbroad, irrelevant to the subject matter of this action and not reasonably

11   calculated to lead to the discovery of admissible evidence.

12        8.    Defendants further object to the definition of "YOU," "YOUR," and

13   "YOURS," on the grounds that, to the extent it includes Bauer Media Group, Inc.,

14   Bauer, Inc. and Heinrich Bauer North America, Inc., it includes improperly named

15   defendants.

16        9.    Defendants object to the Interrogatories to the extent that they fail to

17   include any limitation by relevant time period and are therefore overbroad, irrelevant

18   to the subject matter of this action and not reasonably calculated to lead to the

19   discovery of admissible evidence.

20        10.   These responses are based upon the facts and information now known to

21   Defendants as well as its present analysis of the case, and may not in any way be

22   deemed to be an admission or representation that further facts, documents, or

23   witnesses having knowledge relevant to the subject matter of a discovery request do

24   not exist.  Without in any way undertaking an obligation to do so, Defendants reserve

25   the right to alter, supplement, amend, or otherwise modify these responses in any

26   way at any time, in light of facts revealed through discovery and further

27   investigation.  Without in any way undertaking an obligation to do so, Defendants

28

DEFENDANTS' RESPONSE TO THIRD SET OF INTERROGATORIES
DWT 22737253v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 2

1 | reserve the right to provide further or different information in response to these
2 | requests.

3 | **SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES**

4 |

5 | **INTERROGATORY NO. 22:**

6 | If YOUR response to Plaintiff's Requests for Admission (concurrently served
7 | on YOU) is anything other than an unqualified admission, please state all facts upon
8 | which YOU base each such response.

9 | **RESPONSE TO INTERROGATORY NO. 22:**

10 | Defendant objects to this Interrogatory on the grounds that it overbroad and
11 | unduly burdensome. Defendant further objects to this Interrogatory to the extent that
12 | it seeks information not relevant to the subject matter of the pending litigation or
13 | reasonably calculated to lead to the discovery of admissible evidence. Defendants
14 | further object to this Interrogatory on the grounds that it is duplicative of other
15 | Interrogatories previously propounded. Defendants further object to this
16 | Interrogatory on the ground and to the extent that it seeks information protected from
17 | disclosure by the attorney-client privilege, the work product doctrine, and any other
18 | applicable privileges. Defendants further object to this Interrogatory on the grounds
19 | that, to the extent that the definitions of "YOU" and "YOUR" include Bauer Media
20 | Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc., it includes
21 | improperly named defendants. Defendants incorporate herein all objections set forth
22 | with respect to the applicable Request for Admission in its Responses to Plaintiffs'
23 | Third Set of Requests for Admission.

24 | Subject to the foregoing General and Specific objections, Defendants respond
25 | as follows:

26 |
27 |
28 |

4

DEFENDANTS' RESPONSE TO THIRD SET OF INTERROGATORIES
DWT 22737253v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 2

<u>Request No. 24:</u>

     A vast array of documentary evidence, deposition testimony, and documented facts – none of which are disputed in this action – as well as common sense, all of which are equally available to the Plaintiff as the Defendants, supported the editors' conclusion and opinion that Cruise had become an absentee father, who for extended periods of time was being more like an uncle than a father, electing to work, travel on vacation, socialize or see his other children instead of visiting his daughter and that as a consequence Suri felt abandoned by her father's long absences, particularly during the emotional struggle surrounding her parents' divorce.  As just representative evidence of these facts, *see, e.g.,* BAUER011681, BAUER004296, BAUER011771, BAUER002052, BAUER001477, BAUER004736, BAUER000774, BAUER003769, BAUER003770.  No confidential source used the word "abandoned," but that conclusion logically flowed from all the undisputed facts available.

<u>Request No. 25:</u>

     Defendants objected to this Request, on the grounds that it is vague and ambiguous and seeks irrelevant information because Defendants never published that Tom Cruise had put Suri completely out of his life or no longer wanted to be involved in Suri's life; nor was that a reasonable implication in context of the Articles and all other articles published by Defendants before and after the Articles.  The July 30, 2012 issue of *Life & Style* reports among other things, that "she hasn't seen her Dad in a month," and "to Suri [Tom's] just Daddy who's always given her hugs and unconditional love";  the October 1, 2012 issue of *In Touch Weekly* reports that "an insider insists that dad and daughter 'are very close and speak every day'" and that after the divorce Tom made an "effort to bond with Suri;" but, multiple sources and undisputed facts and evidence showed that at the same time seeing his daughter did not appear to be a "priority" given that "he has the means.  He could

DEFENDANTS' RESPONSE TO THIRD SET OF INTERROGATORIES
DWT 22737253v1 0069628-000033

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 2

1

2 <u>Request No. 90:</u>

3     The Bauer Defendants do not require the approval of Yvonne Bauer or a

4 representative of the Bauer family to settle this case.

5

6

7 DATED:  October 24, 2013          DAVIS WRIGHT TREMAINE LLP

                               ALONZO WICKERS IV

8                                ELIZABETH A. McNAMARA (*Of Counsel*)

                               DEBORAH A. ADLER (*Of Counsel*)

9

10

11                         By: _____/s/ Elizabeth A. McNamara_____

                              Elizabeth A. McNamara

12

13                        Attorneys for Defendants

                       BAUER PUBLISHING COMPANY, L.P.,

14                      BAUER MAGAZINE L.P., BAUER MEDIA

                     GROUP, INC., BAUER, INC., and

15                      HEINRICH BAUER NORTH AMERICA,

                     INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS **WRIGHT TREMAINE** LLP

865 S. FIGUEROA ST, SUITE 2400

LOS ANGELES, CALIFORNIA 90017-2566

(213) 633-6800

Fax: (213) 633-6899

EXHIBIT 2

## VERIFICATION

I have read the foregoing **THE BAUER DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF TOM CRUISE'S THIRD SET OF INTERROGATORIES PROPOUNDED TO DEFENDANTS** and know its contents.

I am an Editor-in-Chief for Bauer Publishing Company, L.P. and Bauer Magazine, L.P., parties to this action, and am authorized to make this Verification for and on their behalf.  With respect to those matters as to which I have personal knowledge, I affirm that such facts are true and correct.  With respect to all other matters contained in the Responses, I am informed and believe that the matters stated therein are true and correct.

Executed on this 24th day of October, 2013, at Englewood Cliffs, New Jersey.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Dan Wakeford

11

DEFENDANTS' RESPONSE TO THIRD SET OF INTERROGATORIES
DWT 22737253v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 2



DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (State Bar No. 169454)
   alonzowickers@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800/Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. McNAMARA (*Of Counsel*)
   lizmcnamara@dwt.com
DEBORAH A. ADLER (*Of Counsel*)
   deborahadler@dwt.com
1633 Broadway, 27th Floor
New York, New York 10019
Telephone:  (212) 489-8230/Fax:  (212) 489-8340

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER
MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER,
INC., and HEINRICH BAUER NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TOM CRUISE,

                    Plaintiff,

        vs.

BAUER PUBLISHING COMPANY, L.P.
BAUER MAGAZINE L.P., BAUER MEDIA
GROUP, INC., BAUER, INC., HEINRICH
BAUER NORTH AMERICA, INC., and
DOES 1-10, inclusive,

                    Defendants.

Case No. **CV 12-09124 (DDP) (JCX)**

**PROOF OF SERVICE**

PROOF OF SERVICE
DWT 22370361v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax  (213) 633-6899

EXHIBIT 2

27

PROOF OF SERVICE

I, Linda Moschetti, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Davis Wright Tremaine LLP, 1633 Broadway, 27th Floor, New York, New York, 10019.

On **October 24, 2013,** I served the following documents: **THE BAUER DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF TOM CRUISE'S THIRD SET OF INTERROGATORIES PROPOUNDED TO DEFENDANTS** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

> Bertram Fields, Esq.
> Aaron Moss, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
> 1900 Avenue of the Stars, 21ST Floor
> Los Angeles, CA 90067
> (310) 553-3610

A true and correct copy of said document was also emailed on **October 24, 2013.**

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to with, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on October 24, 2013, in New York, New York.

_Linda Moschetti_
LINDA MOSCHETTI

2

EXHIBIT 2

**SERVICE LIST**

| Key: | [M] | Delivery by Mail | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|------|-----|------------------|------|------------------------------|-----|------------------|
| | [F] | Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | [E] | Delivery by Email |

[FD]   Bertram Fields, Esq.                 Attorney for Plaintiff
[E]    Aaron Moss, Esq.                  Tom Cruise
       GREENBERG GLUSKER FIELDS
       CLAMAN & MACHTINGER LLP
       1900 Avenue of the Stars, 21ST Floor
       Los Angeles, CA 90067
       (310) 553-3610

       Email: AMoss@greenbergglusker.com
              BFields@greenbergglusker.com

3

**PROOF OF SERVICE**
DWT 22370361v1 0069628-000033

EXHIBIT 2