1  DAVIS WRIGHT TREMAINE LLP
   ALONZO WICKERS IV (State Bar No. 169454)
2   alonzowickers@dwt.com
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800/Fax: (213) 633-6899
4
   DAVIS WRIGHT TREMAINE LLP
5  ELIZABETH A. McNAMARA (*Of Counsel*)
    lizmcnamara@dwt.com
6  DEBORAH A. ADLER (*Of Counsel*)
    deborahadler@dwt.com
7  1633 Broadway, 27th Floor
   New York, New York 10019
8  Telephone: (212) 489-8230/Fax: (212) 489-8340

9  Attorneys for Defendants
   BAUER PUBLISHING COMPANY, L.P., BAUER
10 MAGAZINE L.P., BAUER MEDIA GROUP, INC.,
   BAUER, INC., and HEINRICH BAUER NORTH
11 AMERICA, INC.

12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

15
   TOM CRUISE,                      )  Case No. **CV 12-09124 (DDP) (JCX)**
16          Plaintiff,              )
                                    )  **THE BAUER DEFENDANTS'**
17      vs.                         )  **AMENDED OBJECTIONS AND**
   BAUER PUBLISHING COMPANY,        )  **RESPONSES TO PLAINTIFF TOM**
18 L.P. BAUER MAGAZINE L.P.,        )  **CRUISE'S SECOND SET OF**
   BAUER MEDIA GROUP, INC.,         )  **REQUESTS FOR ADMISSION**
19 BAUER, INC., HEINRICH BAUER      )  **PROPOUNDED TO DEFENDANTS**
   NORTH AMERICA, INC., and DOES    )
20 1-10, inclusive,                 )
                                    )
21          Defendants.             )
                                    )
22 ─────────────────────────────────

23 PROPOUNDING PARTY:    Plaintiff TOM CRUISE

24 RESPONDING PARTY:     Defendants BAUER PUBLISHING COMPANY,

25                       L.P., BAUER MAGAZINE L.P., BAUER MEDIA

26                       GROUP, INC., BAUER, INC., and HEINRICH

27                       BAUER NORTH AMERICA, INC.

28 SET NO.               Second (2)

DEFENDANTS' AMENDED RESPONSE TO SECOND SET OF
REQUESTS

EXHIBIT 3

Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc. (collectively, "Defendants") by their undersigned attorneys Davis Wright Tremaine LLP, hereby respond to Plaintiff's Second Set of Requests for Admission (the "Requests") as follows:

## GENERAL OBJECTIONS

1. These general objections are applicable to each specific Request and are incorporated by this reference into each answer, response, and objection thereto.

2. Defendants object to the Instructions and Definitions to the extent that they seek to impose obligations beyond the scope permitted by the Federal Rules of Civil Procedure or the Local Civil Rules of the Central District of California and/or impose obligations on Defendants not imposed by the Federal Rules of Civil Procedure or by the Local Civil Rules of the Central District of California.

3. Defendants object to the Instructions, Definitions and Requests to the extent that they seek disclosure of information, communications, and/or documents protected by the attorney-client privilege, attorney work-product doctrine or any other applicable privilege, doctrine, or immunity. To the extent that any Request may be construed as seeking such privileged or protected information, Defendants hereby claim such privilege and invoke such protection. The fact that Defendants do not specifically object to an individual Request on the ground that it seeks such privileged or protected information or documents shall not be deemed a waiver of the protection afforded by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or protection.

4. Defendants object to the Instructions, Definitions and Requests to the extent that they seek information protected from disclosure by, *inter alia*, the First Amendment of the United States Constitution, federal common law, the constitutional, statutory and common law of California, New York, and New Jersey

2
DEFENDANTS' AMENDED RESPONSE TO SECOND SET OF REQUESTS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 3

31

1 and other privileges that protect the identification of, and information obtained from, confidential sources.

2 5. Defendants object to the Requests to the extent that they seek information irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence.

6. Defendants object to the Requests to the extent that they are duplicative of other discovery served by Plaintiff on Defendants.

7. Defendants object to the definition of "YOU," "YOUR," and "YOURS" as overbroad, irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence.

8. Defendants further object to the definition of "YOU," "YOUR," and "YOURS," on the grounds that, to the extent it includes Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc., it includes improperly named defendants.

9. Defendants object to the Requests on the basis that they fail to include any limitation by relevant time period and are therefore overbroad, irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence.

10. These responses are based upon the facts and information now known to Defendants as well as its present analysis of the case, and may not in any way be deemed to be an admission or representation that further facts, documents, or witnesses having knowledge relevant to the subject matter of a discovery Request do not exist. Without in any way undertaking an obligation to do so, Defendants reserve the right to alter, supplement, amend, or otherwise modify these responses in any way at any time, in light of facts revealed through discovery and further investigation. Without in any way undertaking an obligation to do so, Defendants reserve the right to provide further or different information in response to these Requests.

3
DEFENDANTS' AMENDED RESPONSE TO SECOND SET OF REQUESTS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

EXHIBIT 3

32

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU did not have a source for YOUR statement that Suri Cruise was "abandoned by her dad," as reported in YOUR JULY 30 LIFE & STYLE ARTICLE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Defendants object to this Request on the grounds that it is vague, ambiguous and assumes a particular but unstated and unadopted meaning of the opinion "abandoned." Defendants further object to this Request on the grounds that, to the extent that the definitions of "YOU" and "YOUR" include Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc., it includes improperly named defendants. Defendants further object that this Request is unintelligible as phrased. Subject to and without waiving these specific objections or the General Objections, Defendants respond as follows: Denied. A vast array of evidence, sources, and documented facts – none of which are disputed in this action – as well as common sense, supported the editors' conclusion and opinion that Suri felt abandoned by her father's long absences, but no confidential source used the word "abandoned."

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU did not have a source for YOUR statement that Suri Cruise was "abandoned by Daddy," as reported in YOUR OCTOBER 1 IN TOUCH ARTICLE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Defendants object to this Request on the grounds that it is vague, ambiguous and assumes a particular but unstated and unadopted meaning of the opinion "abandoned.". Defendants further object to this Request on the

4
DEFENDANTS' AMENDED RESPONSE TO SECOND SET OF REQUESTS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 3

grounds that, to the extent that the definitions of "YOU" and "YOUR" include Bauer Media Group, Inc., Bauer, Inc., and Heinrich Bauer North America, Inc., it includes improperly named defendants. Defendants further object that this Request is unintelligible as phrased. Subject to and without waiving these specific objections or the General Objections, Defendants respond as follows: Denied. A vast array of evidence, sources, and documented facts – none of which are disputed in this action – as well as common sense, supported the editors' conclusion and opinion that Suri felt abandoned by her father's long absences, but no confidential source used the word "abandoned."

DATED: November 4, 2013

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ELIZABETH A. McNAMARA (*Of Counsel*)
DEBORAH A. ADLER (*Of Counsel*)


By: ___/s/ Elizabeth A. McNamara___
Elizabeth A. McNamara

Attorneys for Defendants
BAUER PUBLISHING COMPANY, L.P., BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., and HEINRICH BAUER NORTH AMERICA, INC.

5
DEFENDANTS' AMENDED RESPONSE TO SECOND SET OF REQUESTS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

EXHIBIT 3

```
 1  DAVIS WRIGHT TREMAINE LLP
    ALONZO WICKERS IV (State Bar No. 169454)
 2    alonzowickers@dwt.com
    865 South Figueroa Street, 24th Floor
 3  Los Angeles, California 90017-2566
    Telephone: (213) 633-6800/Fax: (213) 633-6899
 4
 5  DAVIS WRIGHT TREMAINE LLP
    ELIZABETH A. McNAMARA (Of Counsel)
 6    lizmcnamara@dwt.com
    DEBORAH A. ADLER (Of Counsel)
 7    deborahadler@dwt.com
    1633 Broadway, 27th Floor
 8  New York, New York 10019
    Telephone: (212) 489-8230/Fax: (212) 489-8340
 9
10  Attorneys for Defendants
    BAUER PUBLISHING COMPANY, L.P., BAUER
11  MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER,
    INC., and HEINRICH BAUER NORTH AMERICA, INC.
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CRUISE,<br><br>        Plaintiff,<br><br>vs.<br><br>BAUER PUBLISHING COMPANY, L.P.<br>BAUER MAGAZINE L.P., BAUER MEDIA GROUP, INC., BAUER, INC., HEINRICH BAUER NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. **CV 12-09124 (DDP) (JCX)**<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
DWT 22370361v1 0069628-000033

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

EXHIBIT 3

35

## PROOF OF SERVICE

I, Jeremy Chase, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am a resident of the State of New Jersey, over the age of eighteen years, and not a party to the within action. My business address is Davis Wright Tremaine LLP, 1633 Broadway, 27th Floor, New York, New York, 10019.

On **November 4, 2013,** I served the following documents: **THE BAUER DEFENDANTS' AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF TOM CRUISE'S SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED TO DEFENDANTS** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

> Bertram Fields, Esq.
> Aaron Moss, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
> 1900 Avenue of the Stars, 21ST Floor
> Los Angeles, CA 90067
> (310) 553-3610

A true and correct copy of said document was also emailed on **November 4, 2013.**

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to with, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on November 4, 2013, in New York, New York.

_____
Jeremy Chase

2

PROOF OF SERVICE
DWT 22370361v1 0069628-000033

EXHIBIT 3                 36

## SERVICE LIST

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [E] Delivery by Email |

[FD]  Bertram Fields, Esq.  
[E]   Aaron Moss, Esq.  
GREENBERG GLUSKER FIELDS  
CLAMAN & MACHTINGER LLP  
1900 Avenue of the Stars, 21ST Floor  
Los Angeles, CA 90067  
(310) 553-3610  

Email: AMoss@greenbergglusker.com  
       BFields@ggfirm.com  

Attorneys for Plaintiff  
Tom Cruise

3  
PROOF OF SERVICE  
DWT 22370361v1 0069628-000033

EXHIBIT 3

37