| | |
|---|---|
| **From:** | Dan Jewel <djewel@bauerpublishing.com> |
| **Sent:** | Monday, July 16, 2012 10:18 AM |
| **To:** | Kathy Campbell <kcampbell123@gmail.com> |
| **Subject:** | Fwd: Suri reporting |

**The last time Tom saw Suri was in Iceland on the weekend of June 16/17th.**

Begin forwarded message:

> **From:** Oliver Coleman <ocoleman@bauerpublishing.com>
> **Date:** July 16, 2012 10:14:51 AM EDT
> **To:** Dan Jewel <djewel@bauerpublishing.com>
> **Cc:** Kara Feigeles <kfeigeles@bauerpublishing.com>, Heidi Parker
> <Hparker@bauerpublishing.com>, Jared Shapiro
> <jshapiro@bauerpublishing.com>
> **Subject: Re: Suri reporting**
>
> How precise do you want? The last time Tom saw Suri was in Iceland on the weekend of June
> 16/17th.
>
> Working on the other bit!
>
> On Jul 16, 2012, at 10:10 AM, Dan Jewel wrote:
>
>> Just need a file noting how Suri's ordinarily a happy girl but she's been crying a lot
>> this week, obviously the changes in her life are tough for her, but Katie's clearly trying
>> to give her a normal life.
>>
>> And can we figure out precisely the last time Suri saw Tom?
>>
>> Thanks!
>
> Oliver Coleman
>
> Senior News Editor
> Life & Style Weekly
> 270 Sylvan Avenue,
> Englewood Cliffs, NJ,
> 07632
>
> O: 201 569 6699 x534
> C: 917 474 8884
> IM: olicoleman1222

CONFIDENTIAL

BAUER000809

EXHIBIT 6