**From:**       Rebecca Fontana <rfontana@bauerpublishing.com>
**Sent:**       Thursday, August 30, 2012 3:11 PM
**To:**         Oliver Coleman <ocoleman@bauerpublishing.com>
**Subject:**    Re: Fwd: How many days has Tom spent with Suri (roughly or exactly) since Katie filed

---

### Tom and Suri: Research

**They were definitely together for seven days. Possibly an additional three days, but no more than that.**

June 29 – Katie files for divorce. [RF1]
July 17 – Tom spends the day with Suri in NYC, seeing her for the first time since the divorce. [RF4] [RF5]
July 18 – Tom and Suri take a helicopter out of NYC. [RF3]
July 19 – Tom brings Suri back to Katie. [RF10]
July 30 – Tom takes Suri to Disney World's Magic Kingdom. [RF2] [RF8]
July 31 – Tom takes Suri to Blizzard Beach in Disney World. [RF6]
August 1 – Tom takes Suri to Typhoon Lagoon and Hollywood Studios in Disney World. [RF8]
August 2 – Tom takes Suri to Animal Kingdom in Disney World. [RF8]
August 4 – Katie steps out alone – Suri is still with Tom? [RF11]
August 6 – Suri is back with Katie. [RF9]

Sourcing:
RF1: http://www.people.com/people/article/0,,20608003,00.html
RF2: http://www.justjared.com/2012/07/31/tom-cruise-disney-world-with-suri/
RF3: http://www.justjared.com/2012/07/18/tom-cruise-suri-head-to-their-helicopter/
RF4: http://www.justjared.com/2012/07/17/tom-cruise-suri-daddy-daughter-day/
RF5: http://www.justjared.com/2012/07/17/tom-cruise-visits-suri-in-new-york-city-first-pics/
RF6: http://www.eonline.com/news/334783/tom-cruise-and-suri-hit-the-beach-at-disney-world
RF7: http://www.eonline.com/news/334395/look-out-mickey-tom-cruise-and-suri-hit-disney-world
RF8: http://www.people.com/people/article/0,,20617999,00.html
RF9: http://www.justjared.com/2012/08/06/katie-holmes-suri-museum-of-modern-art-visit/
RF10: http://www.justjared.com/2012/07/19/katie-holmes-reunites-with-suri-after-tom-cruises-visit/
RF11: http://www.justjared.com/2012/08/04/katie-holmes-saturday-errands/

---

**From:** Oliver Coleman [mailto:ocoleman@bauerpublishing.com]
**To:** Rebecca Fontana [mailto:rfontana@bauerpublishing.com]
**Sent:** Thu, 30 Aug 2012 14:41:12 -0400
**Subject:** Fwd: How many days has Tom spent with Suri (roughly or exactly) since Katie filed

Can you figure this out please?

Begin forwarded message:

> **From:** Mark Mcgarry <mmcgarry@bauerpublishing.com>
> **Date:** August 30, 2012 2:35:10 PM EDT
> **To:** Oliver Coleman <ocoleman@bauerpublishing.com>, Kara Feigeles
> <kfeigeles@bauerpublishing.com>

CONFIDENTIAL                                                                     BAUER009735

EXHIBIT 7

**Subject: How many days has Tom spent with Suri (roughly or exactly) since Katie filed**

Can we get this number? Thanks!

Mark McGarry
Articles Editor



Oliver Coleman

Senior News Editor
Life & Style Weekly
270 Sylvan Avenue,
Englewood Cliffs, NJ,
07632

O: 201 569 6699 x534
C: 917 474 8884
IM: olicoleman1222

CONFIDENTIAL

BAUER009736

EXHIBIT 7