| | |
|---|---|
| **From:** | Jared Shapiro <jshapiro@bauerpublishing.com> |
| **Sent:** | Monday, September 17, 2012 6:13 PM |
| **To:** | Mark Mcgarry <mmcgarry@bauerpublishing.com>; Paola Leva <pleva@bauerpublishing.com> |
| **Cc:** | Dylan Gadino <dgadino@bauerpublishing.com> |
| **Subject:** | Fwd: Last time Tom and Suri were photographed together |

i think the 4th is a safe #.
Can you guys work out the total from there

Jared Shapiro
Editorial Director: (news & entertainment)
Life & Style WEEKLY / In Touch WEEKLY
(201) 569-6699 x554
jshapiro@bauerpublishing.com



Begin forwarded message:

> **From:** Nicole Canfora <ncanfora@bauerpublishing.com>
> **Date:** September 17, 2012 6:10:53 PM EDT
> **To:** Alexis Chiu <achiu@bauerpublishing.com>
> **Cc:** Mark Mcgarry <mmcgarry@bauerpublishing.com>, Jared Shapiro <jshapiro@bauerpublishing.com>, Dylan Gadino <dgadino@bauerpublishing.com>, Paola Leva <pleva@bauerpublishing.com>
> **Subject: Re: Last time Tom and Suri were photographed together**
>
> Which number are we going with? Nicole had 44 and 46 on the covers... also, I want to correct it in the Tomkat text.
>
> On Sep 17, 2012, at 5:43 PM, Alexis Chiu wrote:
>
>> Seems dicey to guess at a date - this is something Tom's camp could prove we got absolutely wrong, if they so desired. While it's responsible to give Tom the benefit of the doubt with the LATER date, maybe it's safer to stick to when they were last photographed together during their last visit. Which would also be a bigger number.
>>
>> On Sep 17, 2012, at 5:25 PM, Mark Mcgarry wrote:
>>
>>> If we go with the 4th, it's 44 days at press time
>>>
>>> On Sep 17, 2012, at 5:20 PM, Jared Shapiro wrote:

CONFIDENTIAL

BAUER012519

EXHIBIT 8

56

They were DEFINITELY together on the 3rd. Katie didn't have her back then, we were on Katie sans Suri. We have Twitter sightings of Tom and Suri together late on the second. The 3rd we followed Katie sans Suri so can't be sure on that day. on the 4th as Katie was M.I.A. Most likely she came home on the 4th and Tom left. because On the 5th Tom was in London. So we need to go with the 4th or to bee saffeeeee the 5th. But i think the 4th.

So Dylan/Mark - does that mean 51 days?

Jared Shapiro
Editorial Director: (news & entertainment)
Life & Style WEEKLY / In Touch WEEKLY
(201) 569-6699 x554
jshapiro@bauerpublishing.com

On Sep 17, 2012, at 5:08 PM, Mark Mcgarry wrote:

Michael is certain it's Aug. 1.

So 31 (days in Aug) plus 17 (days in Sept at press time) makes the total **48**

If my math is correct!

Mark McGarry
Senior Articles Director
In Touch Weekly
270 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.569.6699, ext. 537

<ITfinalsmall.png>

Mark McGarry
Senior Articles Director
In Touch Weekly
270 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.569.6699, ext. 537

CONFIDENTIAL                                                    BAUER012520

EXHIBIT 8

57

&lt;ITfinalsmall.png&gt;

--

Alexis Chiu
Executive Editor
In Touch Weekly
270 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.569.6699, ext. 361

CONFIDENTIAL

BAUER012521

EXHIBIT 8

58