| | |
|---|---|
| **From:** | Jared Shapiro <Jshapiro@bauerpublishing.com> |
| **Sent:** | Friday, June 29, 2012 5:58 PM |
| **To:** | Paola Leva <pleva@bauerpublishing.com> |
| **Cc:** | dan wakeford <dwakeford@bauerpublishing.com>; Noah Levy <nlevy@bauerpublishing.com>; Alexis Chiu <ACHIU@bauerpublishing.com>; Gina Bacchiocchi <gbacchiocchi@bauerpublishing.com>; marianne garvey <mgarvey@bauerpublishing.com>; Casey Brennan <cbrennan@bauerpublishing.com>; Jessica Finn <jfinn@bauerpublishing.com>; Rachel Biermann <rbiermann@bauerpublishing.com>; Jaime Harkin <jharkin@bauerpublishing.com>; Matt Sullivan <msullivan@bauerpublishing.com>; Ashley Dillahunty <adillahunty@bauerpublishing.com>; Joslin Gutierrez <jgutierrez@bauerpublishing.com>; Marisa Berger <mberger@bauerpublishing.com>; Sophie Forbes <sforbes@bauerpublishing.com>; Lisa Arcella <LisaArcella@aol.com>; Annette Deinzer <adeinzer@bauerpublishing.com>; Alison Gaylin <agaylin@bauerpublishing.com>; lauren waterman <laurenannewaterman@gmail.com>; Claire Coghlan <claire.coghlan@gmail.com> |
| **Subject:** | 1229 The Suri situation is a disaster |

"The crying is indicative of what's going on. I can't say if Tom is "there" or not emotionally. But physically he has been absent. She's been crying a lot - those pictures dont lie. She's a big girl, she's not supposed to have tantrums. She's not in her terrible twos. She's six. Six year olds dont cry every day. They cry when they get in trouble or they cry when they're hurt. She's been catapulted into a new life (living in NYC), away from her father and she's feeling it. I feel bad for Katie, she gave up a lot for the Tom marriage. I think in the back of everyone's mind people always thought something was off in the relationship but she "seemed" happy in that she made a "susie homemaker" kind of life seem appealing. She was always talking about "cupcakes" and "linens and materials" and "making stuff." She was left with the burden. She has raised that child. Everywhere that child has been over the past year has been Katie. She's a good mom. She is Suri's best friend. I dont think Katie gave up her career for Tom. I think she gave it up for Suri. She's very brave and put her ego aside. What's going on now - with Katie acting, and designing, and working on other projects, that's her way of reclaiming her life and she now has to show Suri that a mom can work just as hard as a dad. It's going to be very touch and go. She used to love Hollywood, she was urged to love it, with the red carpets and the Beckhams and the Smiths and the Travoltas. I think Hollywood is now a reminder of Tom and that life and Church of Scientology. I wouldn't be shocked if she sets up a life in NYC? She's happier in NYC. It's going to get bad though, Tom and Katie were always very inviting with the paparazzi. There was this unsaid deal where they'd pose and give everyone a shot. I can't see that happening, there's going to be a distance now with how they protect Suri."

CONFIDENTIAL

BAUER004296

EXHIBIT 11

63

"Tom is liar. He lied to a lot of people. He spoke of Katie and Suri all during Rock of Ages in interviews and for press appearances as if there were plans and things were great. There were no plans and things were not great."

MORE TK

JS1 -associate of Katie. do not id.

**Jared Shapiro**
**Editorial Director: (news & entertainment)**
**LIFE & STYLE / IN TOUCH**

**(201) 569-6699 x554**
jshapiro@bauerpublishing.com

CONFIDENTIAL

BAUER004297

EXHIBIT 11

64