| | |
|---|---|
| From: | Marisa Berger <mberger@bauerpublishing.com> |
| Sent: | Monday, July 23, 2012 2:34 PM |
| To: | Lisa Arcella <lisaarcella@aol.com>; Jared Shapiro <jshapiro@bauerpublishing.com>; Lauren Waterman <laurenannewaterman@gmail.com>; Jaime Harkin <jharkin@bauerpublishing.com>; Isley Kasica <ikasica@bauerpublishing.com>; Matt Sullivan <msullivan@bauerpublishing.com>; Claire Coghlan <claire.coghlan@gmail.com>; Joe Barracato <JBarracato@bauerpublishing.com>; Annette Deinzer <adeinzer@bauerpublishing.com>; Alexis Chiu <achiu@bauerpublishing.com>; Sophie Forbes <sforbes@bauerpublishing.com>; Dan Wakeford <dwakeford@bauerpublishing.com>; Marisa Berger <mberger@bauerpublishing.com>; Ashley Dillahunty <adillahunty@bauerpublishing.com>; Jessica Finn <jfinn@bauerpublishing.com>; Joslin Gutierrez <jgutierrez@bauerpublishing.com>; Allison Gaylin <agaylin@bauerpublishing.com>; Rachel Biermann <rbiermann@bauerpublishing.com>; Noah Levy <nlevy@bauerpublishing.com>; Marianne Garvey <mgarvey@bauerpublishing.com> |
| Subject: | 1232-TOM/KATIE-MORE EXPERT QUOTES ON SURI IDEALIZING TOM |

FROM DR. DEAN LEAV, PSYCHOLOGIST ON SURI/TOM:

1. Suri would idealize Tom if they had a healthy parent-child relationship when they were together. If Tom was distant and inattentive towards Suri, then it would be difficult for her to idealize him. She may even feel somewhat relieved that he is out of the picture.

2. There is a high likelihood that Suri misses Tom and would like to spend more time with him. There is a special bond that exists between father and daughter. The father is a main source of strength and courage for the daughter. Having Tom around would help give Suri the strength to endure the challenges triggered by the divorce. Suri may be feeling very frightened by all that is happening around her because Tom is not there to protect her.

3. Because Tom is away, Suri may feel a sense of abandonment. She may question if Tom actually loves her and is committed to her.



Marisa Berger
In Touch Weekly Magazine
1640 S Sepulveda Blvd, Suite 460
Los Angeles, CA 90025
C.626.327.8223
F.310.314.2422

CONFIDENTIAL                                                                                             BAUER001477

EXHIBIT 23

93