**Aaron J. Moss**
D: 310.785.6814
F: 310.201.2314
AMoss@GreenbergGlusker.com
File Number: 16233-00701

February 9, 2011

**Via E-Mail and U.S. Mail**

George Cheeks
E.V.P. and General Counsel
Nickelodeon/MTV Networks
1515 Broadway, 38th Floor
New York NY 10036-8995
George.Cheeks@mtvstaff.com

      Re:    <u>Tom Cruise □ *TheFablife*</u>

Dear Mr. Cheeks:

      This firm represents Tom Cruise. I am writing with regard to the false, defamatory and malicious statements posted about him today on VH1's *TheFablife* web page entitled *Tom Cruise, Scientology Bigwigs Under FBI Investigation For Labor Abuses*. Below is a link to the article:

http://www.thefablife.com/2011-02-08/tom-cruise-scientology-bigwigs-under-fbi-investigation-for-labor-abuses/

      The article and its headline falsely suggest that Mr. Cruise himself is the subject of an FBI investigation. You rely exclusively on the recent piece about Scientology in *The New Yorker* claiming that the Church of Scientology is under investigation by the FBI. Putting aside the truth of these statements as they pertain to the Church (as your story notes, AOL News has reported that a federal law enforcement source stated that there is no ongoing investigation), there is <u>nothing</u> in the *New Yorker* piece to suggest, let alone state, that Mr. Cruise himself is, or has ever been, under investigation by the FBI. He most certainly has and is not.

      Without limiting Mr. Cruise's rights or remedies with respect to the harm you have already caused, we hereby demand that you immediately delete any references to Mr. Cruise being investigated by the FBI in any stories or captions appearing on your websites or in print, and that you provide a retraction and apology to Mr. Cruise with a prominence at least equal to that given the false statements in the original stories. By doing so, you will not eliminate the damages you have already caused Mr. Cruise, but you may limit repetition of your false and defamatory story and reduce further damages for which you will be responsible.

16233-00701/1765356.1

CONFIDENTIAL

TC000220

EXHIBIT 43

165

George Cheeks
February 9, 2011
Page 2

      Of course, all of my client's rights and remedies are expressly reserved.

                Sincerely,

                Aaron J. Moss

AJM/jgg

16233-00701/1765356.1

CONFIDENTIAL

TC000221

EXHIBIT 43

166