LAW OFFICES OF
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

BERTRAM FIELDS

DIRECT DIAL NUMBER
(310) 201-7454

1900 AVENUE OF THE STARS
21st FLOOR
LOS ANGELES, CALIFORNIA 90067-4590
TELEPHONE: (310) 553-3610

FAX
(310) 553-0687

March 26, 2012

E-MAIL ADDRESS
BFIELDS@GGFIRM.COM

OUR FILE NUMBER
16233-00003

**VIA E-MAIL**

Lawrence Wright
lawrencewright@me.com

Dear Mr. Wright:

I represent Tom Cruise. Your New Yorker article on the Church of Scientology contained false and defamatory assertions about Mr. Cruise. Those have previously been pointed out to you. Over a year ago I wrote to your book publisher offering to assist in fact checking by advising them if any proposed assertions about Mr. Cruise were untrue. I have had no response, but I offer you the same assistance.

If you let me know in advance what, if anything, you are saying about Mr. Cruise in the book, I'll be glad to advise you whether or not it is true. If you do not take advantage of this opportunity to avoid false and defamatory statements about Mr. Cruise, that, of course, will be evidence of reckless disregard.

Of course, if the book does contain libelous assertions about Mr. Cruise we will, at the appropriate time, file an appropriate action.

Naturally, all of Mr. Cruise's rights and remedies are reserved.

Sincerely,

BERTRAM FIELDS

BF/rjd

16233-00003/1822698.1

CONFIDENTIAL

TC000242

EXHIBIT 45

169