# Exhibit A

**Davis Wright
Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Bauer Publishing USA
Attn: Gregory A. Welch, Esq.
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

October 28, 2013
Invoice No.

## OCTOBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:       0069628-000033
Tom Cruise v. Bauer Publishing Company

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | REDACTED |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



Bauer Publishing USA
Invoice No
Page 2

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| | | | REDACTED |



Bauer Publishing USA
Invoice No.
Page 3

**DATE**        **PROFESSIONAL**              **TIME**    **DESCRIPTION OF SERVICES**
                                                    REDACTED



Bauer Publishing USA
Invoice No
Page 4

**DATE**      **PROFESSIONAL**          **TIME**   **DESCRIPTION OF SERVICES**
                                        REDACTED

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 5

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|----------|------------------|----------|------------------------------|

REDACTED

| 09/20/13 | D. Adler | | |
| | | | review third set of requests for RFA (.4) |
| 09/20/13 | J. Chase | | |
| | | | review third set of RFAs |



Bauer Publishing USA
Invoice No
Page 6

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | served on Bauer (.4) |
| 09/21/13 | D. Adler | 1.10 | Analyze third set of requests for RFA and send to Mr. Welch with email summarizing requests and response |
| 09/22/13 | D. Adler | 7.10 | Draft meet and confer letter responding to third set of requests for admission, including reviewing cases where courts granted protective orders, reviewing past discovery requests and responses in the case, reviewing past correspondence in the case, reviewing other publications reporting on Cruise |
| 09/22/13 | J. Chase | | Research standard for granting a motion for a protective order in California district courts, California federal district court cases where parties have served harassing and irrelevant document requests with a particular focus on requests for admission, and the standards for awarding sanctions under Rule 37(a)(5) for succeeding on a discovery motion (5.5); |
| 09/23/13 | D. Adler | | Review comments from E. McNamara and edits from J. Chase (.2); edit letter and send to Mr. Welch with comments (1.4); revise draft objections to RFAs (.3); confer by phone with Mr. Welch regarding objections to RFAs (.4); |
| 09/23/13 | J. Chase | 5.90 | Review and edit letter to Aaron Moss regarding third set of RFAs (.3); research cases where motion for protective order granted and motion for expenses under Rule 37 granted along with it, and draft string cite of the same to insert into letter to Aaron Moss (1.0); cite check letter (.7); draft responses and objections to Cruise's third set of requests for admission (3.9) |
| 09/23/13 | E. McNamara | 1.10 | Review and transmit comments to letter regarding protective order on Requests to Admit (.9); attend to strategy regarding same |
| 09/24/13 | D. Adler | | confer with E. McNamara regarding meet and confer letter on 3rd set of RFAs (.1); |



Bauer Publishing USA
Invoice No.
Page 7

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| | | | edit draft responses and objections to general objections and specific objections to 60 requests for admission and 13 exhibits attached thereto (1.9); final review and edit of meet and confer letter (.4); |
| 09/24/13 | E. McNamara | 1.20 | Attend to outstanding requests and strategy for same (.3); review and incorporate final changes to letter to Mr. Moss re. Bauer/anti-Semitism (.2); review letter from Mr. Moss regarding same (.5); e-mails to Mr. Welch regarding strategy (.2) |
| 09/25/13 | D. Adler | | Review Moss' letter regarding Nazi claims and confer with E. McNamara regarding same (.4); |
| 09/26/13 | J. Chase | 1.50 | Revise and edit responses to third set of RFAs |



Bauer Publishing USA
Invoice No.
Page 8

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 09/27/13 | E. McNamara | | Review letter from Mr. Moss regarding privilege and protective order (.6); |
| 09/29/13 | D. Adler | | Review two meet and confer letters from opposing counsel and annotate for responses (.8); review draft of objections and responses to 3rd set of RFAs (.4) |
| 09/30/13 | E. McNamara | | review draft responses to Requests to Admit and attend to strategy for response (.5); |
| | Total Hours Worked | | |

**DISBURSEMENT DETAIL**

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No
Page 9

**DESCRIPTION**                                                    **QUANTITY**        **AMOUNT**

REDACTED



Bauer Publishing USA
Invoice No.
Page 10

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Adler | | |
| West Publishing (billed at cost) computerized legal research 09/22/13 per J. Chase | 1 | $321.22 |
| West Publishing (billed at cost) computerized legal research 09/23/13 per J. Chase | 1 | $267.87 |

---

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

REDACTED

---

**SUMMARY BY PROFESSIONAL**

| **Professional** | **Billed Per Hours** |
|---|---|
| **Partner** | |
| McNamara, E. | 576.00 |
| Total | |
| **Associate** | |
| Adler, D. | 436.50 |
| Chase, J. | 351.00 |
| Total | |
| **Paralegal** | |
| Duffy, M. | 207.00 |
| Total | |

Bauer Publishing USA
Invoice No.
Page 11

**STATEMENT OF ACCOUNT**


REDACTED

---

Elizabeth A. McNamara



Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

REDACTED

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Bauer Publishing USA
Attn: Gregory A. Welch, Esq.
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

November 26, 2013
Invoice No.

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:       0069628-000033
Tom Cruise v. Bauer Publishing Company

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
| 10/01/13 | D. Adler | | |

research case law regarding objections to discovery served on subsidiary that calls for admissions regarding parent corporation and individual owners of the parent corporation (.8)

| 10/01/13 | E. McNamara | | |

Attend to strategy regarding protective order and fact gathering regarding same (.5);

attend to preparation for meet and confer regarding protective order and related issues and research allegations of requests to admit and e-mail to

Davis Wright Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| | | | Mr. Welch regarding same (1.7) |
| 10/02/13 | E. McNamara | | Telephone conference with Mr. Welch regarding strategy for protective order and gathering facts regarding same (.5); |
| 10/04/13 | D. Adler | | Attend meet and confer with opposing counsel (.9); confer with E. McNamara regarding potential compromise regarding discovery disputes (.3); confer with opposing counsel regarding potential compromise (.3); |
| 10/04/13 | E. McNamara | 3.00 | Review correspondence regarding meet and confer and prepare for same (.7); attend meet and confer with Messrs. Moss and Fields and D. Adler regarding protective order (1.1); review proposal regarding same and strategize regarding same (.6); telephone conference with Mr. Welch regarding status and strategy (.6) |
| 10/05/13 | E. McNamara | 1.10 | Review and revise responses to Requests to Admit |



Bauer Publishing USA
Invoice No.
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/06/13 | E. McNamara | | Further review and revise responses to Requests to Admit (.8); |
| 10/07/13 | D. Adler | | confer with E. McNamara regarding discovery disputes and responses to RFAs (.7); draft response to opposing counsel (.8); |
| | | | review email from opposing counsel regarding refusal to respond to RFAs on the basis of lack of knowledge and review case law cited (1.1); research case law regarding RFAs (.9); confer with E. McNamara regarding plaintiff's email and case law (.3); |
| 10/07/13 | E. McNamara | | Finalize changes to Requests to Admit and multiple e-mails regarding same (1.4); e-mail to Mr. Welch regarding draft and changes to same (.5); |
| | | | attend to e-mails from Mr. Moss regarding Protective Order and legal basis for same (.4); |
| 10/08/13 | D. Adler | | confer with E. McNamara regarding RFAs (.4); |
| | | | attend to issues regarding responses to Requests for Admissions, review law and telephone conference with Mr. Welch regarding same (1.7) |

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No
Page 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/09/13 | D. Adler | | revise RFAs and confer with E. McNamara regarding same (1.8); research website referred to in RFAs (.6); |
| 10/09/13 | J. Chase | | research obligation of reasonable inquiry in responding to requests for admission and draft memorandum e-mail to L. McNamara reflecting research (3.6); begin drafting email response to A. Moss regarding reasonable inquiry (0.9) |
| 10/09/13 | E. McNamara | | Review and finalize response to Requests for Admission and transmit same (.9); |
| 10/10/13 | J. Chase | 2.40 | Draft response to e-mail from A. Moss regarding obligation to respond to third set of RFAs (2.4) |
| 10/11/13 | J. Chase | | ; create outline of motion for protective order and begin to draft sections (3.0) |

Bauer Publishing USA
Invoice No.
Page 5

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 10/13/13 | D. Adler | 3.60 | Review correspondence and discovery documents from Cruise's counsel regarding Nazi allegations and draft sections of motion for protective order regarding Cruise injecting Nazism into the action |
| 10/14/13 | D. Adler | | Revise sections of motion for protective order regarding evidence produced during discovery, other reporting on plaintiff and Scientology, and standard for a protective order (1.9); |
| 10/14/13 | J. Chase | 6.40 | Research and draft motion for protective order |
| 10/14/13 | E. McNamara | | draft e-mail regarding relevant testimony for motion for protective order (.9); |
| 10/15/13 | D. Adler | | confer with J. Chase regarding revised motion for protective order (.2); edit motion for protective order (1.1) |
| 10/15/13 | J. Chase | | Draft Notice of Motion (0.6); draft motion for protective order (5.0); |
| 10/16/13 | D. Adler | 4.90 | Confer with J. Chase regarding research of reporting on Scientology and Cruise's divorce (.2); draft and edit brief (4.7) |



Bauer Publishing USA
Invoice No.
Page 6

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/17/13 | D. Adler | | Draft brief (2.6); confer with E. McNamara and J. Chase regarding revisions (.6); |
| 10/17/13 | J. Chase | 6.20 | Draft declaration in support of motion for protective order and gather and compile exhibits in support of motion |
| 10/17/13 | E. McNamara | | Review draft motion for protective order and begin to revise motion (1.8); review applicable law (.5); draft preliminary statement for motion (1.1); |
| 10/18/13 | J. Chase | 6.40 | Gather documents to attach to declaration of L. McNamara, revise declaration (5.3); revise draft of joint stipulation (1.1) |
| 10/18/13 | E. McNamara | | Review and revise motion for protective order and review correspondence, exhibits and case law related to same (6.4); |
| 10/19/13 | E. McNamara | 2.80 | .Further review and revise motion for protective order |
| 10/20/13 | D. Adler | 0.90 | Review and edit revised motion for protective order (.9) |
| 10/20/13 | J. Chase | 5.20 | Confirm accuracy of deposition testimony cited from Dan Wakeford's transcript (0.3); confirm that no questions were asked about culture of religious bias at Bauer to any witness (1.2); add additional exhibits to the declaration (0.3); review and edit Joint Stipulation and revise declaration to reflect edits to Stipulation (3.4) |
| 10/20/13 | M. Duffy | 2.50 | Legal cite check of motion for protective order |
| 10/20/13 | E. McNamara | | Further revise motion for protective order and transmit same to Mr. Welch for comments (2.3); |
| 10/21/13 | D. Adler | 0.70 | Confer with Mr. Welch regarding sealing confidential testimony and revisions to motion for protective order |
| 10/21/13 | J. Chase | | Finalize and serve Joint Stipulation and declaration (5.1); |



Bauer Publishing USA
Invoice No.
Page 7

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | revise, finalize and serve notice of motion and draft, finalize and serve proposed order (1.2) |
| 10/21/13 | M. Duffy | 4.60 | Check record cites in motion for protective order and exhibits against the declaration; enter edits in same and prepare exhibits to be scanned and served. |
| 10/21/13 | E. McNamara | | |
| | | | review and revise declaration to accompany motion and notice of motion and proposed order (.8) |

REDACTED

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 8

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|

REDACTED

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 9

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|

REDACTED

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 10

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|

REDACTED

---

**DISBURSEMENT DETAIL**

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 11

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|

REDACTED

| | | |
|---|---|---|
| West Publishing (billed at cost) computerized legal research 10/20/13 per M. Duffy | 1 | $670.27 |
| West Publishing (billed at cost) computerized legal research 10/21/13 per M. Duffy | 1 | $193.98 |



Bauer Publishing USA
Invoice No.
Page 12

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
| --- | --- | --- |

---

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

REDACTED

---

**SUMMARY BY PROFESSIONAL**

| **Professional** | **Billed Per Hours** |
| --- | --- |
| **Partner** | |
| McNamara, E. | 576.00 |
| | |
| Total | |
| **Associate** | |
| Adler, D. | 436.50 |
| Chase, J. | 351.00 |
| Total | |
| **Paralegal** | |
| Duffy, M. | 207.00 |
| | |
| Total | |

Bauer Publishing USA
Invoice No.  6188805
Page 13

**STATEMENT OF ACCOUNT**

Elizabeth A. McNamara



Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

# Davis Wright Tremaine LLP

1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Bauer Publishing USA
Attn: Gregory A. Welch, Esq.
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

November 30, 2013
Invoice No.

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:        0069628-000033
Tom Cruise v. Bauer Publishing Company

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|----------|------------------|----------|------------------------------|

REDACTED

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|

REDACTED

| 11/06/13 | D. Adler | | confer with E. McNamara and J. Chase regarding reply to plaintiff's opposition to motion for protective order (.3) |
| 11/06/13 | J. Chase | | strategize with E. McNamara regarding supplemental brief (.3); |

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/06/13 | E. McNamara | | Review opposition to protective order and draft outline for reply (2.2); |
| 11/07/13 | J. Chase | | Research and draft supplemental brief in support of motion for protective order (4.6); research whether the underlying case in Exhibit 1 to Galsor's declaration was dismissed, and draft e-mail to E. McNamara summarizing the same (.7); |
| 11/08/13 | J. Chase | 2.80 | Revise supplemental memorandum in support of motion for protective order |
| 11/10/13 | E. McNamara | | Review draft reply memo of law regarding protective order and begin to revise (.5); |
| 11/11/13 | E. McNamara | | review and revise supplemental memorandum of law on protective order (3.4); review case law regarding duty to investigate for Requests to Admit (.7); |

Davis Wright
Tremaine LLP

Bauer Publishing USA
Invoice No.
Page 4

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 11/12/13 | D. Adler | | Revise supplemental reply (.3); |
| 11/12/13 | J. Chase | | Review, revise and cite check supplemental memorandum to motion for protective order (1.3); |
| 11/12/13 | E. McNamara | | Review and further revise supplemental memorandum of law and transmit to Mr. Welch (.9); |

REDACTED

**Davis Wright
Tremaine** LLP

Bauer Publishing USA
Invoice No.   6
Page 5

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|

REDACTED

**Davis Wright Tremaine** LLP

Bauer Publishing USA
Invoice No.
Page 6

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|----------|------------------|----------|------------------------------|

11/24/13     E. McNamara

; review motion for protective order and begin to
review case law regarding same (1.5);

11/25/13     E. McNamara

prepare for hearing
on protective order and motion to compel (3.9)

11/26/13     E. McNamara

Prepare for and attend court hearing on motion for
protective order and motions to compel (2.6);

**Davis Wright
Tremaine** LLP

Bauer Publishing USA
Invoice No.
Page 7

## DISBURSEMENT DETAIL

**DESCRIPTION**                                           **QUANTITY**        **AMOUNT**

REDACTED

West Publishing (billed at cost) computerized legal research 10/07/13 per D.
Adler                                                          1              $277.05

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

### SUMMARY BY PROFESSIONAL

| Professional | Billed Per Hours |
|---|---|
| **Partner** | |
| McNamara, E. | 576.00 |

**Davis Wright Tremaine** LLP

Bauer Publishing USA
Invoice No.
Page 8

**Associate**

| | |
|---|---|
| Adler, D. | 436.50 |
| Chase, J. | 351.00 |

**Paralegal**

| | |
|---|---|
| Duffy, M. | 207.00 |

**STATEMENT OF ACCOUNT**

Elizabeth A. McNamara



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

REDACTED